**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN MICHAEL VENCEL,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about April 8, 2019, within the State and District of Colorado and elsewhere, the defendant SHAWN MICHAEL VENCEL, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice, did cause to be delivered by means of commercial interstate carrier, namely United Parcel Service, according to the direction thereon, a matter and thing, namely a package containing loan documents.

All in violation of Title 18, United States Code, Section 1341.

## COUNT 2

On or about and between April 1, 2019 and April 30, 2019, in the State and District of Colorado and elsewhere, the defendant, SHAWN MICHAEL VENCEL, did knowingly possess and use, without lawful authority, a means of identification of another person, that is the name, social security number, and date of birth of IDENTITY THEFT

VICTIM 1, during and in relation to a felony violation enumerated in Title 18, United States Code, section 1028A(c), that is, the mail fraud scheme described in count 1 in violation of Title 18, United States Code, Section 1341.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about June 29, 2019, in the State and District of Colorado, the defendant SHAWN MICHAEL VENCEL knowingly and intentionally acquired and obtained possession of a controlled substance, oxycodone, by misrepresentation, fraud, deception and subterfuge.

All in violation of Title 21, U.S.C. § 843(a)(3) and (d)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461 (c) and Title 21, United States Code, Section 853.

2. Upon conviction of the violation alleged in Count One of this Indictment involving mail fraud, in violation of Title 18, United States, Section 1341, the defendant, SHAWN MICHAEL VENCEL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to a sum of money in United States currency, in an amount equal to the gross proceeds of the offense.

3. Upon conviction of the violation alleged in Count Three of this Indictment

involving a violation of Title 21, United States Code, 843(a)(3) and (d)(1), the defendant SHAWN MICHAEL, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

4. If any of the property described in paragraph, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), incorporating

the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney


By: <u>*s/Bryan Fields*</u>
Bryan David Fields
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: <u>Bryan.Fields3@usdoj.gov</u>
Attorney for Government