| | |
|---|---|
| DEFENDANT: | SHAWN MICHAEL VENCEL |
| AGE/YOB: | 36 / 1983 |
| COMPLAINT FILED? | __X__ Yes    _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER 20-mj-00033-STV |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes    __ No<br>If No, a new warrant is required |
| OFFENSE(S): | **Count 1:** 18 U.S.C. § 1341 (Mail Fraud)<br><br>**Count 2:** 18 U.S.C. § 1028A (Aggravated Identity Theft)<br><br>**Count 3:** 21 U.S.C. § 843(a)(3) and (d)(1) (Obtaining a Controlled Substance by Fraud |
| LOCATION OF OFFENSES: | Boulder County, Colorado and elsewhere |
| PENALTY: | **Count 1:** NMT 20 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 3 years' supervised release; restitution, and a SA fee of $100<br><br>**Count 2**: 2 years of imprisonment to run consecutively to any term of imprisonment imposed for the underlying felony; NMT $250,000 fine, or both; NMT 3 years' supervised release; and a SA fee of $100<br><br>**Count 3:** NMT 4 years imprisonment, NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special assessment fee. |
| AGENT: | Justin Stern<br>Special Agent, FBI |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is **not** applicable to this defendant