DEFENDANT: SHAWN MICHAEL VENCEL

YOB: 1983

ADDRESS (CITY/STATE): Boulder, CO

OFFENSE(S): Mail Fraud (18 U.S.C. § 1341)

LOCATION OF OFFENSE (COUNTY/STATE): Boulder/Colorado and elsewhere

PENALTY: NMT 20 years' imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

AGENT: FBI SA Justin Stern

AUTHORIZED BY: Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X  five days or less    ____ over five days    ____ other

THE GOVERNMENT

  X   will seek detention in this case    ____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)** [*is not* circled]

OCDETF CASE:    ____ Yes    X    No