

| | |
|---|---|
| 5880 Butte Mill Road | |
| P.O. Box 9100 | |
| Boulder, Colorado 80301-9100 | |
| PH (303) 444-2037  FAX (303) 444-7509 | |
| www.westerndisposal.com | |

| | |
|---|---|
| Account # | 112290 |
| Billing Date | 02-29-19 |
| Due Date | 03-13-19 |

**SUMMARY BILLING INFORMATION**

| | |
|---|---|
| Previous Balance | 262.25 |
| Payments Received | 0.00 |
| Current Charges | 10.50 |
| **Amount Due** | **$272.75** |



5515 S. BOULDER RD
BOULDER, CO 80303

## CURRENT BILLING ACTIVITY

| | DATE OF ACTIVITY | CURRENT CHARGES |
|---|---|---|
| **SERVICE ADDRESS:** <u>5515 S. BOULDER RD -</u> | | |
| <u>BOULDER</u> RESIDENTIAL SERVICE | | |
| **OTHER CHARGES/ADJUSTMENTS** | | |
| CAN OR BAG - 2 @ $5.25 EACH | 02-16-19 | <u>$10.50</u> |
| OTHER CHARGES | | $10.50 |
| TOTAL CURRENT CHARGES | | $10.50 |

## Thank you for choosing Western Disposal

To View or Pay Online visit: http://westerndisposal.billtrust.com  -  Enrollment token-online registration: FWH KWL HZK

---

Return this portion with your payment
Please do not write messages or include correspondence with this remittance stub



5880 Butte Mill Road
P.O. Box 9100
Boulder, Colorado 80301-9100
PH (303) 444-2037  FAX (303) 444-7509
www.westerndisposal.com

| | |
|---|---|
| Account # | 112290 |
| Billing Date | 02/29/19 |
| Due Date | 03/13/19 |
| **Amount Due** | **$272.75** |
| Amount Enclosed | |

**Remittance Address**

5515 S. BOULDER RD
BOULDER, CO 80303

WESTERN DISPOSAL SERVICES
PO BOX 174466
DENVER CO 80217-4466

00001011229020181001000027275 9



Thank you for choosing Western Disposal. If you have any questions regarding your statement please contact our Customer Service Department at 303-444-2037, Monday through Friday, 8:00 a.m. to 5:00 p.m.; or email us at contact@westerndisposal.com. Please be sure to include your account number and address on any correspondence to help us serve you better.

### Terms and Conditions

Payment is due in full by the 20th of the month in which billing is issued.  If payment is not received by the next billing date, a charge of $1.00 per billing or 1.5% of the balance due, whichever is greater will be invoiced to your account as a late charge.  Returned checks and declined ACH will incur a $25.00 reprocessing fee.  If we do not receive past due payments within the time period specified in our past due notices, your service will be suspended until appropriate payment is received. Any costs incurred for collection of past due accounts, including attorney's fees, will be added to the balance due.

### Automatic Payments

Automatic withdrawals from your credit card or ACH account will be deducted on approximately the 20th of each month.

### Residential Services

As collection times may vary due to weather, mechanical issues or periodic re-routing of our collection trucks for efficiency, please have your materials out by 7:00 a.m. on your assigned collection day to ensure pickup. Customer-owned cans or bags must not exceed 35 pounds for the safety of our employees. Western-provided collection carts must be placed within two feet of the curb or alley, at least two feet apart and two feet away from trees, mailboxes and other obstructions and outside of any fences.
Please call us at 303-444-2037 if you need to change any information on your account or if you would like to change your service level.

### Trash and Recycle Center
### (5880 Butte Mill Rd. Boulder, CO)

- Convenient and paved disposal site if you are hauling your own trash
- Yard waste and wood waste drop-off
- Mulch and compost sales

### Commercial, Industrial, Construction and Clean-Up Services

- Regularly scheduled collection of trash and recyclables in 96-gallon to 8-cubic yard container sizes.
- Construction and clean-up services in 2, 4, 6, 12, 20, 30 and 40-cubic yard container sizes.
- Construction material recycling
- Portable toilet, portable hand sink and portable storage container rentals
- "Zero Waste" services for special events

### Other
### Special collection is available for the following: (Fees apply)

- Bulky items, such as construction debris, appliances, furniture, carpet or pad, excessive yard and tree trimmings, etc.
- Volumes that exceed your selected service
- Cleaning up scattered materials

Charges for the above are based on the volume of trash or items picked up and the time needed to clean up the area or return to your address. You may also bring these items to our Trash and Recycle Center. Please call our Customer Service Department at 303-444-2037 for pricing, scheduling and additional information.

### Holiday Schedule

For our holiday pickup schedule and office hours, call 303-448-2280.

### Comments, Questions or Suggestions?

We value your opinion of our company and our services, and how we can make it even better. Please let us know if you have any comments, questions or suggestions.

**Thank you for using Western Disposal Services**
**www.westerndisposal.com**
**Please Follow Us Online!**

