7/1/2020

SUBJECT: Re: THE PERTH MINT 1oz GOLD BAR (EBAY) EDITION
FROM: ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
TO: ▮▮▮▮▮▮▮ <0989384b62b434958b926228da1f3d86@reply.craigslist.org>
DATE: 28/03/2019 23:21

Hey ▮▮▮▮ thanks for the reply!! I am actually interested in trading for. Gun or two, it will just depend on what gun you are willing to part with? Please send me a list of what you have and we can go from there.

Thnaks

▮▮▮▮

Sent from my iPhone

> On Mar 28, 2019, at 8:23 PM, ▮▮▮▮▮▮ <0989384b62b434958b926228da1f3d86@reply.craigslist.org> wrote:
>
>
> Hello my name i ▮▮▮▮ I am interested in the pamp bars. Would you be interested in trading for firearms? If not I understand. If you are let me know and I can send you my phone number and we can talk. Thank you.
>
> https://boulder.craigslist.org/for/d/broomfield-the-perth-mint-1oz-gold-bar/6835143972.html
>
>
> Sent from my iPad
>
> https://boulder.craigslist.org/for/d/broomfield-the-perth-mint-1oz-gold-bar/6835143972.html
>
>
> Sent from my iPad
>
>
> ------------------------------------------------------------------------
> Original craigslist post:
> https://boulder.craigslist.org/for/6835143972.html
> About craigslist mail:
> https://craigslist.org/about/help/email-relay
> Please flag unwanted messages (spam, scam, other):
> https://craigslist.org/mf/d636f307b3a33075d45246328e192c1bb26c2686.1
> ------------------------------------------------------------------------
>