SUBJECT: Re: ARMSLIST - Message from ▇▇▇▇@gmail.com about Glock 43 -NIB
FROM: ▇▇▇▇
TO: "▇▇▇▇@gmail.com" <▇▇▇▇4@gmail.com>
DATE: 30/04/2019 07:43

Hey,

It is still available. I'm available pretty much every Monday to meet.

Thanks,

Bo


Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: replyrequested@armslist.com
Date: 4/30/19 08:31 (GMT-07:00)
To ▇▇▇▇@hotmail.com
Subject: ARMSLIST - Message from ▇▇▇▇@gmail.com about Glock 43 - NIB

Message from: ▇▇▇▇@gmail.com

Message regarding: Glock 43 - NIB

Is you Glock 43 still available? If so I'd like to purchase it. Please give Me a call or text at 720-725-8189

## Check out the latest from our sponsors!

Magpul PMAGs just $7.99 with code PMAG and FREE SHIPPING on orders of 10 or more!



[Build It Your Way - Palmetto State Armory Best Value for AR-15, Gun Parts, & Ammunition.](#)



[Up to 60% Off Daily Deal Products. Palmetto State Armory - Bulk Ammo, MSR Rifles, Magazines & More](#)



New Product Spotlight Ep02: Rise Armament 315c



**FOLLOW US**

   

REMEMBER: Avoid scams by dealing locally and NEVER send money to sellers without using a trusted escrow service.