

🎓 Went to **Tempe High School**

🏠 Lives in **Denver, Colorado**

📍 From **Tempe, Arizona**

❤️ Married

🕐 Joined February 2019