

███████ Medical ███████████████████ LLC

**PATIENT**

DOB: ███████
Phone: ███████
Address: ███████

**PROVIDER**

NPI: ███████
State licensing #: ███████
DEA: ███████

℞ **Prescription Date:** 06/21/2019  **Earliest Fill Date:** 06/23/2019

## OxyCODONE HCL 30MG ORAL TABLET

**SIG:** Take 1-2 tabs PO Q4H PRN STAGE 4 MUSCLE-INVASIVE UROTHELIAL CARCINOMA.

MR ███████ WILL UNDER GO SURGERY (RADICAL CYSTECTOMY) ON SATURDAY 06/22 DUE TO STAGE 4 TNM UROTHELIAL CARCINOMA. PLEASE FILL SUNDAY 06/23. THANKS

Refills: 0
Quantity: 360 (THREE HUNDRED SIXTY) Tablets
Days supply: 30
MAX 12 (TWELVE) TABS PER DAY.

Substitution permitted          Dispense as written