| | |
|---|---|
| **From:** | Shawn Vencel |
| **To:** | SHAWNMICHAEL Vencel |
| **Date:** | Thursday, September 26, 2019 4:33:14 PM |
| **Attachments:** | THE ONLY ONE TO USE (1).docx |
| | THE ONLY ONE TO USE (1).pdf |