████████ Medical ██████████████████, LLC

**PATIENT**

**PROVIDER**

**DOB:** ██████ (84yrs)
**Phone:** 303-499-5515
**Address:**
5515 S. Boulder Rd. Boulder, Co 80303

**NPI:** ██████████
**State licensing #:** ██████████
**DEA:** ██████



**Prescription Date:** 08/16/2019  **Earliest Fill Date:** 08/16/2019

OxyCODONE HCL 15MG ORAL TABLET

**SIG:** Take 1 TAB PO QID PRN SEVERE LOWER BACK PAIN.

OK TO FILL IF EARLY FOR TRAVEL PURPOSE.

Refills: 0
Quantity: 120 (ONE HUNDRED TWENTY) Tablets
Days supply: 30
MAX 4 (FOUR) TABS PER DAY.

Substitution permitted          Dispense as written