| | |
|---|---|
| **From:** | Shawn Vencel |
| **To:** | |
| **Subject:** | Re: paystub |
| **Date:** | Wednesday, December 4, 2019 1:45:49 PM |
| **Attachments:** | image001.png |

I dont know what happened there. i was saying can you take a luch break? my treat! also do you have anything keft? I missed bith mine and I am sucking it so bad right now! if you dont have black Ill buy us some but i would love some clear because i think it will make me feel so much better! WANNA MEET AT THE PARK N RIDE

?

**From:**
**Sent:** Wednesday, December 4, 2019 1:35 PM
**To:** Shawn Vencel <Shawn.vencel@outlook.com>
**Subject:** RE: paystub

???

Thank you,



**From:** Shawn Vencel <Shawn.vencel@outlook.com>
**Sent:** Wednesday, December 4, 2019 1:18 PM
**To:**
**Subject:** Re: paystub

[EXTERNAL]

**From:**
**Sent:** Wednesday, December 4, 2019 1:13 PM
**To:** Shawn Vencel <Shawn.vencel@outlook.com>
**Subject:** RE: paystub

What font is your document in?

Thank you,



**From:** Shawn Vencel <Shawn.vencel@outlook.com>
**Sent:** Wednesday, December 4, 2019 10:21 AM
**To:**
**Subject:** paystub

[EXTERNAL]
hey bud i am still at the hotel if you want to have a safty meetin? both phones are dead so email is bets for now. also can you change the dates on the paystubs attached? remeber top right hand corner dates should be changed to the following

AND THEN DONT FORGET THE DATES IN THE MIDDLE THAT SAY

LASTLY PLEASE CHANGE THE CHECK DATES TO

09/13/2019 CHANGE T0 11/15/2019
08/29/2019 CHANGE TO 11/15/2019

September 11, 2019 change to NOVEMBER 29, 2019
        START DATE            END DATE
 08/27/19 TO  11/14/19    09/10/19 TO 11/28/19

AUGUST 29, 2019 CHANGE TO V NOVEMBER 15, 2019
        START DATE           END DATE
   8/12/19 TO 10/31/19    08/26/19 TO 11/14/19


THAT SHOULD WORK OUT PERFECT! THANKS HOMMIE!!!