# AVISTA ADVANTIST HOSPITAL
100 HEALTH PARK DR..
LOUISVILLE, CO 80026

May 17, 2019

Pay FIVE THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND 31/100   $ 5,758.31
This is not a check

Pay to the order of

5515 S Boulder Rd
Boulder, CO 80303

AVISTA ADVANTIST HOSPITAL
100 HEALTH PARK DR..
LOUISVILLE, CO 80026  3037044556
EIN: 47-4998631

**Earnings Statement**

| Employee Information | Employee ID | Start Date | End Date | Check Date |
|---|---|---|---|---|
| 5515 S Boulder Rd<br>Boulder, CO 80303 | | 05/10/2019 | 05/16/2019 | 05/17/2019 |

| Earnings | Rate | Hours | Current | Year to date | Deductions | Current | Year to date |
|---|---|---|---|---|---|---|---|
| Regular Earnings | $114.69 | 80.00 | $9,175.77 | $91,757.70 | Federal Tax | 2,290.67 | 22,906.70 |
| | | | | | Colorado State Tax | 424.84 | 4,248.40 |
| | | | | | SDI | 25.33 | 481.27 |
| | | | | | Soc Sec / OASDI | 568.90 | 5,689.00 |
| | | | | | Health Insurance Tax | 40.81 | 775.39 |

| Gross Earnings | CURRENT GROSS | YTD GROSS | Gross Deductions | CURRENT | YTD DEDUCTIONS |
|---|---|---|---|---|---|
| | $9175.77 | $91,757.70 | | $3,417.46 | $34,174.60 |

| Check No. | # 8097 |
|---|---|
| Net Pay | $5,758.31 |
| YTD Net Pay | $57,583.10 |