

e-mail ▇▇▇▇▇▇▇
**RENTAL APPLICATION**
Equal Housing Opportunity

The undersigned hereby makes an application to rent the following property ▇▇▇▇▇▇▇ at a monthly rent of $2,495.00 and security deposit of $2,495.00. The rent amount does not include any additional charge for pets. We will verify income, employment, residential history, credit check, background check, and references.

**PLEASE TELL US ABOUT YOURSELF**

Full Name ▇▇▇▇▇▇▇  Home Phone (720) 725-8189  Other Phone ( ) _____
Date of Birth ▇▇▇▇▇▇▇  Social Security # ▇▇▇▇▇▇▇
Email Address: ▇▇▇▇▇▇▇@gmail.com
Co-Applicant Name ▇▇▇▇▇▇▇  Phone (970) 379-8927
Co-Applicant Date of Birth ▇▇▇▇▇▇▇  Social Security # ▇▇▇▇▇▇▇
Email Address: ▇▇▇▇▇▇▇@gmail.com

**OTHERS WHO WILL LIVE AT THE PROPERTY:**

| Name | Age | Social Security # if over 18 | Full-time or part-time occupant |
|---|---|---|---|
| ▇▇▇▇ | 3 | N/A | full Time |

List All Pets- breed and age

(Dixon) Labrador Retriever 3yo
(Tag) German Shorthair Pointer - 8yo

Credit Karma login
▇▇▇▇▇▇▇@gmail.com
Password
▇▇▇▇▇▇▇

Experian login is the exact same as Credit Karma. I will also bring hard copies tomorrow.

(Let me know when you plan to log in and I will be happy to relay the six digit code to log in if needed

## PLEASE GIVE RESIDENTIAL HISTORY (LAST 3 YEARS)

Current Address: 5515 S. Boulder Rd   Apt#: ___   City: Boulder   State: Co   Zip: 80303
Month/Year Moved In: January 2019   Reasons for Leaving: house Sold / It is very dated   Rent $: 2990
Owner/Agent: [redacted]   Phone: (303) [redacted]

Previous Address (last 3 years): [redacted]   City: [redacted]   State: [redacted]   Zip: [redacted]
Month / Year Moved In: 8/August 2016   Reason for leaving: I own the home but I relocated here to Colorado for work   Rent $: 4980
Owner/Agent: I am the owner   Phone: (720) 725-8189

Previous Address (last 3 years): ___   Rent $: ___
Owner/Agent: ___   Phone: ( ) ___

## PLEASE DESCRIBE YOUR CREDIT HISTORY

Have you declared bankruptcy in the past seven (7) years?   Yes ___   No X
Have you ever been evicted from a rental residence?   Yes ___   No X
Have you had two or more late rental payments in the past year?   Yes ___   No X
Have you ever willfully or intentionally refused to pay rent when due?   Yes ___   No X

**Additional Comments**
We make the use of the National Tenant Network services to verify credit, and employment information.
A tenant application fee of $35.00 must be submitted with the completed rental application form.

## PLEASE PROVIDE YOUR EMPLOYMENT INFORMATION

Your Status: X Full Time ___ Part Time ___ Student ___ Unemployed
Employer: Avista Adventist Hospital
Dates employed: January 1st - Current   Employed as: Jan 1st 2019
Supervisor Name: [redacted]   Phone: (303) 704-4556
Annual Salary $: 204,345
Previous Employer: [redacted]   Dates Employed: 6/2016 - 12/2018

If you have other sources of income that you would like us to consider, please list income, source, and person (banker, employer, etc.) who we may contact for confirmation.
Amount $: 3500/month   Source/Contact Name: Rental property

**EMPLOYMENT INFORMATION Continued**

Co Applicant Status: _X_ Full Time ___ Part Time ___ Student ___ Unemployed

Employer _[redacted]_

Dates employed _2010 - Current_   Employed as _Registered Nurse_

Supervisor Name _?_   Phone ( ) _____

Annual Salary $ _100,000/year_

**ADDITIONAL INFORMATION:**

**Personal Reference:**

Name _[redacted]_   Address _330 Norton St Boulder, Co 80303_

Phone _[redacted]_   Relationship _Professional/landlord_

Name _[redacted]_   Address _100 Health Park Dr. louisville, Co_

Phone _[redacted]_   Relationship _Professional/college_

**Driver's License:**

Your Driver's License Number _[redacted]_   State _TX_

**Vehicle Information:**

1. Make / Model _Ford F-150_  Year _2019_   License Plate State _Temp_
2. Make / Model _Jeep Grand Cherokee_  Year _2011_   License Plate State _CRL-480_
3. Make / Model _____  Year _____   License Plate State _____

Please give any additional information that might help owner/management evaluate this application. If you know your credit score and would like to provide it please write it in?

_We are an all american family who loves everything life throws at us. I personally put my lovely fiance and beautiful daughter before everything in my life and being able to tell them that we get to call your property home will make us so happy_

I hereby represent that this application is true and accurate. I authorize an investigation of my credit, tenant history, banking, and employment for the purposes of renting a house, apartment, or condominium from this owner/manager.

_[signature redacted]_   _____   _[signature redacted]_   _____

Applicant's Signature   Date   Co-Applicant's Signature   Date