# Attachment 1

| | |
|---|---|
| District Court, Boulder County, Colorado<br>Court Address:  1776 6th Avenue<br>Boulder, CO  80306 | |
| PEOPLE OF THE STATE OF COLORADO,<br>Plaintiff<br><br>v.<br><br>SHAWN VENCEL<br>Defendant | σ COURT USE ONLY σ |
| MEGAN RING, State Public Defender<br>Ken Hayes #46690<br>Deputy Public Defender<br>Boulder Office<br>2555 55th St., Ste. 200, Boulder, CO, 80301<br>Phone:  (303) 444-2322         Fax:  (303) 449-6432<br>E-mail:  Kenneth.hayes@coloradodefenders.us | Case No. 19CR2396/19CR2174<br><br><br><br>Division 6 |
| **MOTION FOR MODIFICATION OF BOND** | |

1. Mr. Vencel is currently being held on the above-captioned Boulder county cases. Bond in 19CR2396 is $25,000 cash, surety; or property and in 19CR2174, bond is $20,00 cash, surety; or property.

2. Attached as Exhibit A is a letter and motion from the Boulder County Sheriff's office requesting a PR bond, indicating that Mr. Vencel is being held on a total of $295,350 in bond (includes bonds in cases out of other counties) and a no bond hold.

3. The reason for that request from Boulder County Sheriff's office is because of Mr. Vencel's need for a corneal transplant to save his vision.  This is discussed more below.

4. The no bond appears to be on a federal warrant, which is attached as Exhibit B.

5. Here, we are requesting a PR Bond to facilitate (1) Mr. Vencel appearing on his federal warrant; and (2) if his release is authorized on his federal case, Mr. Vencel will be able to seek the recommended treatment for his vision and have corneal transplant surgery.

6. A PR bond is needed because money spent on bond will not be able to go toward the corneal transplant surgery.  Additionally, Mr. Vencel has already spent much needed resources ($25,000 in total) on posting bond for his other Boulder county cases (19CR1995, 19CR1838, 19CR1837, and 19CR1678).

1

7. DDA Christian Gardner-Wood objects to this request.

## LAW

1. The type of bond and conditions of release shall be sufficient to reasonably ensure the appearance of the person as required and to protect the safety of any person or the community, taking into consideration the individual characteristics of each person in custody, including the person's financial condition. C.R.S. §16-4-103(3)(a).

2. Pursuant to C.R.S. §16-4-103(4)(a), the Court shall presume that all persons in custody are eligible for release on bond with the appropriate least-restrictive means. The Court is further required to consider individual characteristics of each person in custody, including financial conditions, as a monetary condition of release must be reasonable. *Id.*

3. The Court shall "consider all methods of bond and conditions of release to avoid unnecessary pretrial incarceration." C.R.S. §16-4-103(4)(c).

4. If a person remains in custody after the court has imposed a monetary bond he or she may file one written motion for reconsideration of the monetary conditions of bond "if he or she believes that, upon presentation of evidence not fully considered by the court, he or she is entitled to … a change in the monetary conditions of bond." The court shall then "promptly conduct a hearing on this motion" within 14 days unless the court finds there is no additional evidence not fully considered by the court presented in the written motion. C.R.S. § 16-4-107(a)(1).

## APPLICATION

1. Mr. Vencel has an eye condition called Keratoconus. For this, Boulder Eye Surgeons are recommending a Corneal transplant.

2. On May 26, 2020, Mr. Vencel's referral to UC Health Anschutz Rodgers Eye Center was denied due to his inmate status.

3. As it currently stands, Mr. Vencel cannot get corneal transplant surgery until he is released from his cases.

4. Unfortunately, it appears that Keratoconus means Mr. Vencel's vision will continue to deteriorate. https://www.mayoclinic.org/diseases-conditions/keratoconus/symptoms-causes/syc-20351352; *see also https://www.lei.org.au/services/eye-health-information/keratoconus/.*

5. In speaking with Mr. Vencel, his deteriorating vision requires him to wear expensive contact lenses to see clearly, but as his retina continues to become misshaped as a result of his condition, his vision will worsen and his ability to wear contacts will be affected.

6. Any money spent on bond will be money that cannot go to his recommended eye surgery.

7. As mentioned above, Mr. Vencel will need to appear on his federal warrant, however in speaking with his attorneys, there is belief that he will be able to obtain release on that case. However, it is counsel's understanding that he will not be picked up on his federal case unless he has posted his bonds in his Colorado state cases.

8. The Court may be concerned with the number of pending cases that Mr. Vencel has.

9. Noteworthy here, Mr. Vencel has been held on the above-captioned cases since December 7, 2019, approximately 6 months.

10. During this time, Mr. Vencel has taken his treatment very seriously.

11. Attached as exhibit C is a document from Boulder County Jail-Based Behavioral Services (JBBS). Mr. Vencel is currently in Phase 3, and phase 4 would be in the community.

12. He has done work on

    a. Mindful Based Relapse Prevention
    b. Comprehensive Opioid Abuse Treatment

13. In speaking with Mr. Vencel, he is now able to have therapy sessions twice a week over video conference and is taking his treatment seriously.

14. He has been sober, transitioning from medically assisted treatment to overcome opiate withdrawals, to being free of substances and highly-motivated to stay on track.

15. Importantly, Mr. Vencel is a person without a felony before 2016, when he was 33 years old. He openly acknowledges his substance addiction and plans to continue with JBBS, AA, and NA upon release. He also knows he must contact his probation officer upon release.

16. Due to COVID-19, he has not been writted to the counties of his other cases. As a result, he has been unable to appear for scheduled court appearances in Denver, Adams, Broomfield, and Jefferson. If released, he would be able to transport himself to appear in these other counties to begin moving forward with those cases.

17. As a Colorado native, Mr. Vencel has strong ties to the community. He has a place to stay with his daughter and her mother in Superior, Colorado. He is well educated, having a Bachelor's degree from CU Boulder and a Master's in Business degree from Denver University. Indeed, Mr. Vencel has many support factors in the community that make it likely and incentivize him to remain law abiding and appear for scheduled court appearances.

18. Mr. Vencel is willing to participate in and welcomes supervision in the community to help him remain law abiding and appearing for his scheduled court appearances. He is willing to participate in any level of monitoring the court deems appropriate, including GPS.

For the above reasons Mr. Vencel respectfully requests that this Court grant a personal recognizance bond in 19CR2396 and 19CR2174 to allow Mr. Vencel to seek a corneal transplant as recommended, appear on his cases in other counties as well as his warrant in federal court.

Kindly Submitted,

_____
Ken Hayes #46690
Deputy Public Defender

Dated:  July 16, 2020

E-filed on  July 16, 2020 by /s/ Ken Hayes

4



# Boulder County Sheriff's Office

**JOE PELLE**
Sheriff

**To:** Boulder Public Defender's Office and Boulder District Attorney's Office

**20th Judicial District Court, Division: 6**

**From:** Melanie Dreiling, Health Services, Boulder County Sheriff's Office, Jail Division

**Defendant Name:** Shawn Vencel   **DOB:** 11/20/1983

**Docket(s):** MULTIPLE-SEE BELOW   **Current Bond:** Total is $295,350 and NO BOND

**Next court appearance:** 6/4/2020 0815am

**Current Date:** May 27, 2020

**Court Date:** June 4, 2020   **Release Date:** None

|  | **Request for** |  |
|---|---|---|
| ☐ **MEDICAL FURLOUGH** | | ☒ **TEMPORARY PR BOND** |

The Boulder County Jail is making this request for serious medical purposes. The defendant must return back to the Boulder County Jail within 3 hours of being discharged from the medical facility. The defendant must provide the jail with medical discharge and clearance paperwork upon arrival back to the jail. ***The Boulder County Jail also requests that the Medical / Mental Health facility call the jail at (303) 441-4652 to arrange the pick-up of the defendant upon their discharge.***

**Justification:**
   Inmate Shawn Vencel has an eye condition called Keratoconus.  He was seen by Boulder Eye Surgeons on 2/20/2020 who are recommending a Corneal Transplant.  A referral was sent to UCHealth Anschutz Rodgers Eye Center.  On 5/26/2020 Mr. Vencel's referral was denied due to his inmate status.

Boulder Eye Surgeons sent the referral to Denver Health on 5/26/2020.  Today we were informed that Denver Health Correctional Care Medical Facility denied the referral claiming they are not accepting patients from other jurisdictions.

It is recommended that Mr. Vencel receive a Corneal Transplant as a result of his keratoconus.  The jail has worked to obtain this treatment for Mr. Vencel but have been unsuccessful due to his inmate status.  We recommend a PR bond so the patient can seek the recommended treatment for his vision.

Headquarters
5600 Flatiron Parkway
Boulder, Colorado 80301
303-441-3600

Communications · Emergency Management
3280 Airport Road
Boulder, Colorado 80301
303-441-4444 · 303-441-3390

Jail
3200 Airport Road
Boulder, Colorado 80301
303-441-4600



# Boulder County Sheriff's Office

**JOE PELLE**
Sheriff

Mr. Vencel will require personal recognizance bonds (PR) from not only his Boulder County cases but also the follow agencies.  This must be addressed by his attorney with those other agencies;
FTA: Arvada Sch 1-2, Case 19CR1998  $30,000
FTA: Broomfield  Poss Sch 1-2, 19CR200  $150,000
FTA: Denver Motor Vehicle Theft, 19CR08228  $5,000
FTA: Denver Traffic, 19M8102  $350.00
Mail Fraud/Court, Denver FBI, DN3179984 No Bond
FTA: Adams Motor Vehicle Theft  19CR2468  $40,000
Motor Vehivle Theft/Aggravated, Adams County 20CR593, $20,000

Boulder County: FTA: Controlled Substance, 19CR2174 Bond $20,000,

Case # 19CR2396- Bond for following charges is $25,000--Identity theft, At-Risk adult/Juv, 1st degree auto theft/aggravated, forgery x 2, forgery, theft $5000-$19,999, Violation of Bail bonds x 3, Violation of Bail bonds, Violation of Bail bonds, Violation of Restraining Order x 3, Violation of Restraining Order, Violation of Restraining Order, Driving After Revocation, Reckless Driving
Boulder County Jail has no knowledge that there is anyone attempting to bond him on any cases.

These are cases that Mr. Vencel is not being held on but has court dates that we monitoring:
19CR1678, 19CR1837, 19CR1838, 19CR1995, 19M1331.  Should all the other cases resolve Mr. Vencel would not be held in custody on these listed cases.

Please contact me for any additional questions.
Melanie Dreiling, RN, BSN,CCHP-RN

Headquarters
5600 Flatiron Parkway
Boulder, Colorado 80301
303-441-3600

Communications · Emergency Management
3280 Airport Road
Boulder, Colorado 80301
303-441-4444 · 303-441-3390

Jail
3200 Airport Road
Boulder, Colorado 80301
303-441-4600

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| SHAWN MICHAEL VENCEL, | ) Case No. |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____SHAWN MICHAEL VENCEL_____ who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about April 8, 2019, within the State and District of Colorado and elsewhere, SHAWN MICHAEL VENCEL, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice, did cause to be delivered by means of commercial interstate carrier, namely United Parcel Service, according to the direction thereon, a matter and thing, namely a package containing loan documents.

All in violation of Title 18, United States Code, Section 1341.

Date: February 28, 2020

*Issuing officer's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Feb 28, 2020 3:42:40 PM                                              Printed By: 66634 from: BSJ

Received Time:          15:42:33 02-28-20          Source ORI:              CO0070000
Summary:                LW: DOR=20200228 EXT=DETN IRI=CO0070000
·View Message Details

MESSAGE ACCEPTED   15:42   02/28/2020 MRI-8683139

---

Received Time:          15:42:35 02-28-20          Source ORI:              COHFS0000
Summary:                LW: DOR=20200228 EXT=DETN IRI=CO0070000
·View Message Details
*** ATTN: GLOSSER THOMAS JOSEPH

CCIC REPLY
CO0070000

LW.CO0070000..*MRI8683139.66634.BSJ.CIC/131601350.OCA/DN3179984.DOR/20200228.RCA
/200001102.EXT/DETN.REL/.BND/N.RTD/.RTT/.IRI/CO0070000.INC/BOULDER COUNTY
JAIL.REM/.RPS/.PAR/.HIT/.NPA/.NPF/.VNP/.VOR/.VRC/.

***** LOCATE WANTED PERSON - RECORD LOCATED *****
MKE/LOCATED FELONY - WANTED PERSON
ORI/COFBIDN00 FEDERAL BUREAU OF INVESTIGATION - DENVER
NAM/VENCEL,SHAWN MICHAEL
OCA/DN3179984 CIC/131601350 NIC/W000455063
DOR/20200228 RRI/CO0070000 RCA/200001102 EXT/DETN
BND/N IRI/CO0070000 INC/BOULDER COUNTY JAIL
***** END OF RECORD *****
MRI 8683176 IN: HFSN 34507 AT 15:42 28FEB20
OUT: BSJ 74 AT 15:42 28FEB20

---

Received Time:          15:42:35 02-28-20          Source ORI:              COHFS0000
Summary:                LW: DOR=20200228 EXT=DETN IRI=CO0070000
·View Message Details
*** ATTN: GLOSSER THOMAS JOSEPH

Message received from NCIC
1L01003F,MRI8683177

CO0070000
LOCATE NIC/W000455063 OCA/DN3179984
CIC/131601350

MRI 8683190 IN: HFSN 34511 AT 15:42 28FEB20
OUT: BSJ 75 AT 15:42 28FEB20



# Behavioral Treatment Services

Headquarters: 12600 W Colfax Ave, STE B-410, Lakewood, CO 80215-3722

www.btxs.org

Client Name: Shawn Vencel
Client Date of Birth: 11/20/1983

Supervising Officer: Kalli Likness, MA, NCC, LPC
Date Enrolled: 3/10/2020

## Authorization to Release/Request Information - County Jail

| | |
|---|---|
| As a client of Behavioral Treatment Services, I authorize staff of BTS to Release/Request Protected Health Information to: | |
| 1. Agency | Boulder County Public Defender's Office |
| 2. Person | Public Defender: Kenneth Hayes |
| 3. Contact Information | 303-444-2322 |

I understand that the following specific items and information will be released in writing and/or verbally by **Behavioral Treatment Services** staff to the above named individual/s at the above noted agency/s.

### INFORMATION TO BE RELEASED:

| | | |
|---|---|---|
| | Evaluation Summaries | |
| | Recommendations regarding treatment/termination | |
| | Psychiatric History | |
| | Drug and Alcohol History/Treatment | |
| | Substance Abuse | |
| | Case Management Information | |
| | Group Progression and/or Notes | |
| X | Other (Please Describe): JBBS Program Participation | |

### PURPOSE FOR DISCLOSURE:

| | | |
|---|---|---|
| X | Service Planning | |
| X | Continuity of Care | |
| | Assessment/Evaluation | |
| | Emergency Contact | |
| | Other (Please Describe): | |

I understand that I am authorizing the disclosure of the above information for the purposes of reporting on my participation in Behavioral Treatment Services and that such disclosure is within the requirements of the Health Insurance Portability and Accountability Act of 1996 and its related regulations governing the privacy of health information. **I understand this release will expire 60 days after my discharge from treatment or 365 days from the date that this document was signed, whichever comes first.**
I also understand that I can revoke this consent at any time, either written or verbally.

Your Rights With Respect To This Authorization: I understand that any disclosure made is bound by Part Two of Title 42 of the Code of the Federal Regulations governing confidentiality of alcohol and drug abuse patient records and that recipients' of this information may re-disclose it only in connection with their official duties, in a professional manner. I herewith release Behavioral Treatment Services from all liability to me for giving out such information. Such notification may be made by the following: US mail, e-mail, telephone and fax, unless otherwise noted.

Signature: [signed]
Signed on: 05/27/20

# Boulder County Jail Programming Division

5/26/2020
Date

Dear Mr. Hayes,

Shawn Vencel was accepted into the following program at the Boulder County Jail. (Inmate Name)

NOTE: Individuals who chose to participate in these jails based non-therapeutic programs (below) are assessed purely on their level of participation and not on "the stages of change" or "phases" models, used to describe participation and engagement in the jail's various other therapeutic programs.

_____ **Work Release Programs** include treatment groups that work release residents voluntarily attend to strengthen their coping skills, help prevent relapse, and support their successful reentry. Contact: (303)-441-4626.

_____ **Inmate Worker Trustee Program** is a voluntary program in which eligible inmates are identified and if they chose to participate, are assigned to various jobs around the jail. These jobs are essential to the day to day running of the jail and maintenance of the jail grounds. Such jobs include working in the kitchen with daily meal preparation and dish washing, painting of walls, cells and doorways in the secured areas of the jail, conducting laundry services for the inmate population and cleaning the various buildings within the jail to include the stripping, waxing and buffing of the jail hallways. In exchange for their labor, if they are sentenced, these inmates are eligible to earn 13 days of Trusty Good time per month in addition to their 2 days of statutory good time for every 30 days of their sentence. This equates to 15 days of good time per month. Contact: (303)-441-4684.

_____ **Women's Trustee Program** is a voluntary program in which eligible inmates are identified and if they chose to participate, are assigned to various jobs around the jail. These jobs are essential to the day to day running of the jail and maintenance of the jail grounds. Such jobs include working in the kitchen with daily meal preparation and dish washing, painting of walls, cells and doorways in the secured areas of the jail, conducting laundry services for the inmate population and cleaning the various buildings within the jail to include the stripping, waxing and buffing of the jail hallways. In exchange for their labor, if they are sentenced, these inmates are eligible to earn 13 days of Trusty Good time per month in addition to their 2 days of statutory good time for every 30 days of their sentence. This equates to 15 days of good time per month. Due to security reasons, the jobs that the women are assigned to do not mix with or interface with the Jobs that male trusties are assigned to. Contact: (303)-441-4684.

_____ **Community Worker Program** is a voluntary program in which sentenced eligible inmates are identified and if they choose to participate, are assigned to our Community Worker Housing Unit located in the Jails Alternative Sentencing building. The Sheriff's Office has several contracts with the City of Boulder, County Facilities and Open Space, the Town of Lyons, the US Forest Service and other non-profit organizations in which we have agreed to provide them with Work Crews during the week to complete various jobs such as grounds cleaning, snow removal, and building maintenance etc. Several of these inmates are also selected to maintain and manage the jails one-acre garden throughout the year. The produce from the garden is used to offset food service cost for the Jails kitchen and any excess produce is donated to non-profit organizations in the county. Eligible inmates who wish to participate in this program, can earn up to 15 days of good time per month (30 days) off their sentence. Contact: (303)-441-4666.

NOTE: Individuals who chose to participate in these jails based therapeutic programs (below) are assessed on their level of participation, engagement, and "stage of change" via a phase model.


Boulder County Jail
A Division of the Boulder County Sheriff's Office
3200 Airport Road
Boulder, Colorado 80301


Community Justice Services
A Division of the Community Services Department
3200 Airport Road
Boulder, Colorado 80301

_____ **Men's Transition Reentry Program.** The Jail Education and Transitions (JET) Team is a jail-based program that is part of Boulder County's Community Justice Services (CJS) division. JET works with inmates who self-refer and meet the program's eligibility requirements. The JET program is a therapeutic community in the jail that serves adults 18 years and older. The program provides group counseling, individual therapy, independent study, education and re-entry services to support the Boulder County Mission Statement to reduce recidivism. The JET program supports individuals with mental health and substance use disorders to gain insight into thinking and behavior patterns that lead to incarceration. The program supports the development of prosocial skills for individuals to re-enter their communities in a more effective, prosocial manner by providing structure and classes. Classes offered include Dialectical Behavioral Therapy (DBT), Cognitive Behavioral Therapy (CBT) and Relapse Prevention as well as a variety of other options based on the individualized treatment needs of the client. Clients are assigned to classes based on individualized services plans to address their specific criminogenic, mental health and substance use treatment needs. While enrolled clients also have access to GED/HSR testing and tutoring, Spanish/English language classes and re-entry support services. Contact: JET Supervisor Audra Schaefer, (303)-441-4645, aschaefer@bouldercounty.org.

_____ **Women's Transition Reentry Program.** The Jail Education and Transitions (JET) Team is a jail-based program that is part of Boulder County's Community Justice Services (CJS) division. JET works with inmates who self-refer and meet the program's eligibility requirements. The JET program is a therapeutic community in the jail that serves adults 18 years and older. The program provides group counseling, individual therapy, independent study, education and re-entry services to support the Boulder County Mission Statement to reduce recidivism. The JET program supports individuals with mental health and substance use disorders to gain insight into thinking and behavior patterns that lead to incarceration. The program supports the development of prosocial skills for individuals to re-enter their communities in a more effective, prosocial manner by providing structure and classes. Classes offered include Dialectical Behavioral Therapy (DBT), Cognitive Behavioral Therapy (CBT) and Relapse Prevention as well as a variety of other options based on the individualized treatment needs of the client. Clients are assigned to classes based on individualized services plans to address their specific criminogenic, mental health and substance use treatment needs. While enrolled clients also have access to GED/HSR testing and tutoring, Spanish/English language classes and re-entry support services. Contact: JET Supervisor Audra Schaefer, (303)-441-4645, aschaefer@bouldercounty.org.

____X_____ **Jail-Based Behavioral Services Program** (JBBS) is a State-funded grant collaboration between Behavioral Treatment Services (BTS), Mental Health Partners (MHP), and the Boulder County Sheriff's Office. Treatment services are provided to inmates who are either self-referred or referred by jail mental health staff and who meet the program's eligibility requirements. JBBS is primarily intended for inmates with co-occurring disorders. Inmates admitted into JBBS are screened for substance use disorder, mental illness, trauma, and traumatic brain injury. Individualized treatment plans are developed for inmates to address their specific criminogenic needs. JBBS participants are referred to community treatment agencies upon release for continued treatment and are eligible for JBBS reentry services for one-year post-release. Contact: Ashley Biedler, (303)-441-4690, abiedler@bouldercounty.org

The therapeutic programs are structured in four phases. They are outlined as follows:

- Phase 1 is pre-contemplation/contemplation stage of change. Clients in this phase either do not recognize and/or acknowledge there is problem behavior(s) and may not be ready for change.

- Phase 2 is contemplation/preparation. Clients begin to acknowledge there is a problem, internally want change to occur, and begin to prepare for that change.

- Phase 3 is preparation/action. Clients have acquired some skills and may have made attempts to modify their behavior. They begin to demonstrate insight and utilization of tools.


Boulder County Jail
A Division of the Boulder County Sheriff's Office
3200 Airport Road
Boulder, Colorado 80301


Community Justice Services
A Division of the Community Services Department
3200 Airport Road
Boulder, Colorado 80301

- Phase 4 is action/maintenance and occurs in the community. Clients practice and utilize skills obtained in Programs to change their behavior. They are utilizing community resources and working towards self-sufficiency. They are also actively participating in their legal requirements.

Since enrolling, **Mr. Vencel** has attended **0** → he would have done group, but it became unavailable due to COVID hours of group sessions and **6** hours of individual sessions. **Mr. Vencel** reports their goal(s) for programming is **sobriety, emotion regulation, & learning to find a sober community.**

They received treatment to address (cognitive behavioral issues, healthy relationship skills, emotional regulation, distress tolerance, etc.). **Mr. Vencel** has demonstrated they are in:

    Phase 1    Phase 2    **(Phase 3)**    Phase 4 (in the Community)

Client participated in the following JBBS group(s):

**X**   Mindfulness Based Relapse Prevention — he was recommended for this group but was unable to participate due to COVID
\_\_\_   Helping Men Recover
\_\_\_   Thinking for Change
\_\_\_   Reentry Group

In addition, client also participated in the following Community Justice Services (CJS) roles and/or services:

\_\_\_   Program Mentor/Trustee/Leadership (JET)
\_\_\_   Tutoring/GED/ Education Support Services (JET)
\_\_\_   Behavioral Health Assistance Program (BHAP)
**X**   Comprehensive Opioid Abuse Program (COAP)

If you have additional questions or concerns, please contact Sgt Henry Trujillo, Support Services Supervisor at (303)-441-4684.

Sincerely,
**Sgt Henry Trujillo** | Support Services Sergeant
Boulder County Jail
3200 Airport Rd, Boulder, CO
Tel: (303)-441-4684 Email: htrujillo@bouldercounty.org

_Jenna Marceau_
This form completed by
**LSW**
Credentials

Revised 3/5/2020



Boulder County Jail
A Division of the Boulder County Sheriff's Office
3200 Airport Road
Boulder, Colorado 80301



Community Justice Services
A Division of the Community Services Department
3200 Airport Road
Boulder, Colorado 80301