# Attachment 2

| County | Case Number | Bond Status | Miscelaneous Conditions |
|---|---|---|---|
| Adams | 19CR2468 | Bond Set 6/19/20 PR bond | |
| Adams | 20CR593 | Bond set 6/30/20 PR bond | |
| Boulder | 19CR1678 | Bond set 8/28/19; posted 10/31/19 | $10,000 surety bond; report to PO; can't leave state |
| Boulder | 19CR1837 | Bond set 9/18/19; posted 10/31/19 | $10,000 surety bond; no contact with title company |
| Boulder | 19CR1838 | Bond set 9/18/19; posted 10/31/19 | $5,000 surety bond; report to PO; can't leave state |
| Boulder | 19CR1995 | Bond set 10/11/19; posted 10/31/19 | $5,000 surety bond; report to PO; can't leave state |
| Boulder | 19CR2174 | Bond Set 6/4/20; PR bond | Passive GPS monitoring; verifiable address; PO supervision; Location Plan; EHM Monitoring; sign HIPPA Waiver |
| Boulder | 19CR2396 | Bond Set 6/4/20; PR bond | Same as 19CR2174 |
| Boulder | 19M1331 | Bond Set 9/17/19; posted 10/31/19 | Posted $50; May not leave State |
| Broomfield | 19CR200 | Bond Set 11/14/19; Adjusted 2/6/20 **Case likely to be Dismissed** | $150,000 cash only |
| Denver | 19CR8228 | Bond Set 2/5/20 | Cash/Surety/Property $5,000; Pretrial Enhanced Supervision; Release to Pretrial Services |
| Jefferson | 17CR2805 | Bond Set 12/2/19; posted 12/2/19; Adjusted 6/8/20 | $5,000 surety bond; comply with Probation |
| Jefferson | 19CR1998 | Bond Set 11/13/19; Adjusted 6/8/20 | $5,000 Cash or Surety; Pretrail Supervision; random UA/BA; can't leave state |





## People Of The State Of Colorado Vs. Vencel, Shawn - 2019CR2468 - Adams County

| Bond Status Date: 2019-08-07 | Bond Status: Bond Released | |
|---|---|---|
| Set Date: 2019-06-21 | Set Amount: 5000.00 | Set Type: Cash or Surety |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: 2019-06-28 | Post Amount: 5000.00 | Post Type: Surety |

**Surety Holder:** Williams, Victoria A
**Professional License Number:** 403741
**Surety Status:**
**Power Number:** SS-5-328364

**Condition(s):** MI BOND SBS FROM JEFFERSON COUNTY

| Bond Status Date: 2019-10-22 | Bond Status: Bond Released | |
|---|---|---|
| Set Date: 2019-07-26 | Set Amount: 10000.00 | Set Type: Cash or Surety |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: 2019-08-02 | Post Amount: 10000.00 | Post Type: Surety |

**Surety Holder:** Armenta, Gabriel F
**Professional License Number:** 403446
**Surety Status:**
**Power Number:** SS-15-41275

**Condition(s):** MAIL IN BOND FROM JEFFERSON COUNTY IP

| Bond Status Date: 2020-02-11 | Bond Status: Bond Released | |
|---|---|---|
| Set Date: 2019-10-22 | Set Amount: 20000.00 | Set Type: Cash or Surety |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: 2019-10-31 | Post Amount: 20000.00 | Post Type: Surety |

**Surety Holder:** Celestino, Samantha M
**Professional License Number:** 403661
**Surety Status:**
**Power Number:** CF25-70328938

**Condition(s):** MAIL IN BOND FROM BOULDER COUNTY JAIL IP

| Bond Status Date: 2020-06-19 | Bond Status: Bond Vacated | |
|---|---|---|
| Set Date: 2019-12-02 | Set Amount: 40000.00 | Set Type: Cash or Surety |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: | Post Amount: 0.00 | Post Type: |

| Bond Status Date: 2020-06-19 | Bond Status: Bond Set | |
|---|---|---|
| Set Date: 2020-06-19 | Set Amount: 40000.00 | Set Type: Personal Recognizance |
| Adjusted Date: | Adjusted Amount: 0.00 | |
| Post Date: | Post Amount: 0.00 | Post Type: |











# Colorado State Courts — Data Access

[Home] [Person Search] [Business Search] [Case Number Search] [State ID Search]  [My Account] [Logout]

[Go Back]  [Print]

**Summary | Participants | Charges/Dispositions | Hearings/Trials | Other Case Activities | Judgments | Bonds | Costs/Fees**

## People Of The State Of Colorado Vs. Vencel, Shawn Michael - 2019CR2174 - Boulder County

| | | |
|---|---|---|
| **Bond Status Date:** 2019-11-08 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2019-11-07 | **Set Amount:** 10000.00 | **Set Type:** Cash/Surety/Property |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

| | | |
|---|---|---|
| **Bond Status Date:** 2019-11-15 | **Bond Status:** Bond Forfeiture | |
| **Set Date:** 2019-11-08 | **Set Amount:** 10000.00 | **Set Type:** Cash/Surety/Property |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2019-11-08 | **Post Amount:** 1000.00 | **Post Type:** Cash |

**Condition(s):** MAY NOT LEAVE STATE, $10,000 CSP OR $1000 CASH, PRETRIAL SUPERVISION BY CJS, NO DRUGS

| | | |
|---|---|---|
| **Bond Status Date:** 2020-06-04 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2019-11-15 | **Set Amount:** 20000.00 | **Set Type:** Cash/Surety/Property |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

**Condition(s):** MAY NOT LEAVE STATE, NO DRUGS, PTS BY CJS, REPORT WITHIN 24 HOURS

| | | |
|---|---|---|
| **Bond Status Date:** 2020-06-04 | **Bond Status:** Bond Set | |
| **Set Date:** 2020-06-04 | **Set Amount:** 20000.00 | **Set Type:** Personal Recognizance |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |

**Condition(s):** REPORT TO PTS 24 HOURS AFTER RELEASE, PASSIVE GPS, VERIFIABLE ADDRESS, LOCATION PLAN, EHM MONITORING, D SHALL SIGN HIPPA WAIVER RE PROVING VERIFIABLE DISEASE, TX AND SURGERY TO PTS ONLY





# Colorado State Courts — Data Access

[Home] [Person Search] [Business Search] [Case Number Search] [State ID Search]   [My Account] [Logout]

[Go Back]   [Print]

Summary | Participants | Charges/Dispositions | Hearings/Trials | Other Case Activities | Judgments | **Bonds** | Costs/Fees

### People Of The State Of Colorado Vs. Vencel, Shawn - 2019CR200 - Broomfield County

**Bond Status Date:** 2019-05-16  **Bond Status:** BOND JUDGMENT
**Set Date:** 2019-05-01  **Set Amount:** 2500.00  **Set Type:** Personal Recognizance
**Adjusted Date:**  **Adjusted Amount:** 0.00
**Post Date:** 2019-05-01  **Post Amount:** 2500.00  **Post Type:** Personal Recognizance

**Bond Status Date:** 2019-05-30  **Bond Status:** Bond Vacated
**Set Date:** 2019-05-16  **Set Amount:** 2500.00  **Set Type:** Cash or Surety
**Adjusted Date:**  **Adjusted Amount:** 0.00
**Post Date:**  **Post Amount:** 0.00  **Post Type:**

**Bond Status Date:** 2019-11-04  **Bond Status:** Bond Released
**Set Date:** 2019-05-16  **Set Amount:** 20000.00  **Set Type:** Cash or Surety
**Adjusted Date:**  **Adjusted Amount:** 0.00
**Post Date:** 2019-06-06  **Post Amount:** 20000.00  **Post Type:** Surety

**Surety Holder:** Alfaro Contreras, Ricardo
**Professional License Number:** 549155
**Surety Status:**
**Power Number:** 555216843-8

**Bond Status Date:** 2020-02-06  **Bond Status:** Bond Released
**Set Date:** 2019-08-08  **Set Amount:** 40000.00  **Set Type:** Cash or Surety
**Adjusted Date:**  **Adjusted Amount:** 0.00
**Post Date:** 2019-10-31  **Post Amount:** 40000.00  **Post Type:** Surety

**Surety Holder:** Celestino, Samantha M
**Professional License Number:** 403661
**Surety Status:**
**Power Number:** CR50-70324708

**Bond Status Date:** 2019-11-14  **Bond Status:** Bond Set
**Set Date:** 2019-11-14  **Set Amount:** 250000.00  **Set Type:** Cash Only
**Adjusted Date:** 2020-02-06  **Adjusted Amount:** 150000.00
**Post Date:**  **Post Amount:** 0.00  **Post Type:**

v3.32 Privacy Policy | Email Support: customersupport@judicial.state.co.us | Phone Support: 720-625-5500
© 2020 Colorado Judicial Branch. All rights reserved.



| | | |
|---|---|---|
| **Set Date:** 2017-08-09 | **Set Amount:** 20000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2017-08-24 | **Post Amount:** 20000.00 | **Post Type:** Surety |
| **Surety Holder:** Gonzales, Dominique A<br>**Professional License Number:** 497846<br>**Surety Status:**<br>**Power Number:** 527286809-2 | | |
| **Bond Status Date:** 2018-06-11 | **Bond Status:** Bond Released | |
| **Set Date:** 2017-11-28 | **Set Amount:** 20000.00 | **Set Type:** Cash Only |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2018-02-27 | **Post Amount:** 20000.00 | **Post Type:** Cash or Surety |
| **Bond Status Date:** 2018-03-12 | **Bond Status:** Bond Vacated | |
| **Set Date:** 2018-03-12 | **Set Amount:** 30000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Bond Status Date:** 2019-06-10 | **Bond Status:** Bond Released | |
| **Set Date:** 2019-05-06 | **Set Amount:** 7500.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2019-05-09 | **Post Amount:** 7500.00 | **Post Type:** Surety |
| **Surety Holder:** Gonzales, Dominique A<br>**Professional License Number:** 497846<br>**Surety Status:**<br>**Power Number:** 510583308-0 | | |
| **Bond Status Date:** 2019-08-02 | **Bond Status:** Bond Released | |
| **Set Date:** 2019-05-14 | **Set Amount:** 10000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2019-06-06 | **Post Amount:** 10000.00 | **Post Type:** Surety |
| **Surety Holder:** Alfaro Contreras, Ricardo<br>**Professional License Number:** 549155<br>**Surety Status:**<br>**Power Number:** 555217615-0 | | |
| **Bond Status Date:** 2019-12-30 | **Bond Status:** Bond Released | |
| **Set Date:** 2019-07-23 | **Set Amount:** 20000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** 2019-08-02 | **Post Amount:** 20000.00 | **Post Type:** Surety |
| **Surety Holder:** Armenta, Gabriel F<br>**Professional License Number:** 403446<br>**Surety Status:**<br>**Power Number:** SS-30-20786 | | |
| **Bond Status Date:** 2019-12-02 | **Bond Status:** Bond Set | |
| **Set Date:** 2019-12-02 | **Set Amount:** 40000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** 2020-06-08 | **Adjusted Amount:** 5000.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Condition(s):** COMPLY W/ PROBATION | | |

# Colorado State Courts — Data Access

[Home] [Person Search] [Business Search] [Case Number Search] [State ID Search]   [My Account] [Logout]

[Go Back]   [Print]

| Summary | Participants | Charges/Dispositions | Hearings/Trials | Other Case Activities | Judgments | **Bonds** | Costs/Fees |

### People Of The State Of Colorado Vs. Vencel, Shawn Michael - 2019CR1998 - Jefferson County

**Bond Status Date:** 2019-11-14 | **Bond Status:** Bond Released |
**Set Date:** 2019-05-31 | **Set Amount:** 10000.00 | **Set Type:** Cash
**Adjusted Date:** | **Adjusted Amount:** 0.00 |
**Post Date:** 2019-06-06 | **Post Amount:** 10000.00 | **Post Type:** Cash or Surety
**Condition(s):** PTS, NO ALC/DRUGS/WEAPONS, RANDOM UA/BA, NO LEAVING COLORADO WITHOUT COURT PERMISSION

**Bond Status Date:** 2019-06-25 | **Bond Status:** Bond Vacated |
**Set Date:** 2019-06-12 | **Set Amount:** 0.00 | **Set Type:** No Bond
**Adjusted Date:** | **Adjusted Amount:** 0.00 |
**Post Date:** | **Post Amount:** 0.00 | **Post Type:**

**Bond Status Date:** 2019-06-25 | **Bond Status:** Bond Vacated |
**Set Date:** 2019-06-21 | **Set Amount:** 0.00 | **Set Type:** No Bond
**Adjusted Date:** | **Adjusted Amount:** 0.00 |
**Post Date:** | **Post Amount:** 0.00 | **Post Type:**

**Bond Status Date:** 2020-03-02 | **Bond Status:** Bond Released |
**Set Date:** 2019-09-11 | **Set Amount:** 20000.00 | **Set Type:** Cash or Surety
**Adjusted Date:** | **Adjusted Amount:** 0.00 |
**Post Date:** 2019-10-31 | **Post Amount:** 20000.00 | **Post Type:** Surety
**Surety Holder:** Celestino, Samantha M
**Professional License Number:** 403661
**Surety Status:**
**Power Number:** CF25-70329381

**Bond Status Date:** 2019-11-13 | **Bond Status:** Bond Set |
**Set Date:** 2019-11-13 | **Set Amount:** 30000.00 | **Set Type:** Cash or Surety
**Adjusted Date:** 2020-06-08 | **Adjusted Amount:** 5000.00 |
**Post Date:** | **Post Amount:** 0.00 | **Post Type:**
**Condition(s):** PTS, NO ALC/DRUGS/WEAPONS, RANDOM UA/BA, NO LEAVING COLORADO WITHOUT COURT PERMISSION