AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Shawn Michael Vencel<br>*Defendant* | )<br>)<br>)  Case No.  20-mj-00033-STV<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:  07/17/2020

/s/ Shawn Vencel
*Defendant's signature*

/s/ David E. Johnson
*Signature of defendant's attorney*

*Printed name and bar number of defendant's attorney*

633 17th Street, 10th Floor
Denver, CO 80202

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*