**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00245-RBJ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. SHAWN MICHAEL VENCEL**

    Defendant.

---

**MOTION TO SET TRIAL DATE AND ASSOCIATED DEADLINES OR, IN THE ALTERNATIVE, FOR A STATUS CONFERENCE**

---

The United States, by Jason R. Dunn, United States Attorney for the District of Colorado, and Bryan D. Fields, Assistant United States Attorney, respectfully move this Court to set the matter for trial and to set the associated motions deadlines or, in the alternative, to schedule a status conference to discuss further proceedings in this matter. In support thereof, the government states as follows:

1. The grand jury returned an indictment charging the defendant with mail fraud in violation of 18 U.S.C. § 1341 (Count 1), aggravated identity theft in violation of 18 U.S.C. § 1028A (Count 2), and fraudulently obtaining a controlled substance in violation of 21 U.S.C. § 843(a)(3) (Count 3) on August 5, 2020. The defendant was arraigned on August 6, 2020. He has pleaded not guilty to all of the pending charges.

2. The Speedy Trial Act requires that trial in this matter take place no later than 70

days after the unsealing of the indictment. 18 U.S.C. § 3161(c)(1).   The initial 70-day Speedy Trial deadline was thus October 14, 2020.

3. On September 4, 2020 the defendant filed a motion seeking a 180-day extension of the speedy trial deadline. ECF No. 26   That motion was denied on September 8, 2020.   ECF No. 27.   The motion tolled the speedy trial deadline while it was pending, which means the current speedy trial deadline is October 18, 2020.

4. The government does not oppose the defendant's request for a reasonable exclusion of time in this matter so that he can effectively prepare his defense.   The current indictment charges one execution of a much larger scheme in which the defendant used false and fraudulent pretenses, representations and promises to obtain, and attempt to obtain, trucks, boats, motorcycles, bank accounts, loans, drugs, guns, and other things of value.   Between approximately November 2018 and December 2019 the defendant intended to gain approximately $746,907.45 from his many victims, ultimately acquiring approximately $431,792.81 in property and currency. The defendant used email accounts to facilitate and organize his scheme, which involved victims in multiple states.   As part of the scheme he defrauded others through the careful manipulation of documents designed to advance the fraudulent pretense that he was someone (often someone with a completely different identity) deserving of credit.   The defendant obtained property by, among other means and methods, (1) creating false and fraudulent paystubs and other documents to misrepresent his income, (2) creating false and fraudulent identification documents with the personal identifying information ("PII") of others with good credit to either falsely assume those individuals' identities or to claim them as co-signers for loans, (3) creating false and fraudulent prescriptions for oxycodone that he

could then distribute or otherwise barter.   At one point in time, the defendant was the subject of state charges in Boulder County, Jefferson County, Broomfield County, Adams County and Denver County, all arising from various executions of his schemes.   Trial in this matter will involve officers and civilian witnesses from all of those jurisdictions and dozens of exhibits.

5. Counsel for the government and defense counsel have been diligently pursuing the matter. The government has provided over 4,500 items in discovery comprising voluminous documents, bank records, videos and investigative memoranda, as well as emails.   The parties have had preliminary discussions over whether the matter can be resolved without a trial, but such discussions cannot be adequately conducted without giving defense counsel time to adequately review the material, which relates to executions of schemes in numerous jurisdictions.   As part of its good-faith discussions with defense counsel over how, if at all, this case can be resolved, the government postponed seeking a superseding indictment that would complicate those discussions. However, without additional time, the government must prepare for trial consistent with the current confines of the Speedy Trial Clock and anticipates seeking a superseding indictment in late September / early October. While such an indictment would likely contain new charges, it would not likely change the Speedy Trial deadline.   The government anticipates that trial in this matter will take approximately 10 days.

6. The court's order denying the defendant's motion for a continuance noted that it does not object to a reasonable extension.   ECF NO. 27.   The government has unsuccessfully attempted to contact defense counsel to discuss whether he will seek file an amended motion for such an extension.   Out of an abundance of caution, the government respectfully seeks a trial date now so that it may notify witnesses, begin making arrangements for their cross-country

travel, and otherwise prepare appropriately.    In the alternative, the government seeks a status conference at the earlier opportunity to discuss the defendant's motion and matters related to the scheduling of further proceedings in this matter.

                                   Respectfully submitted,

                                   JASON R. DUNN
                                 United States Attorney

                                   /s/ Bryan David Fields
                                 Bryan David Fields
                                 Assistant United States Attorney
                                 United States Attorney's Office
                                 1801 California Street, Suite 1600
                                 Denver, Colorado 80202
                                 Telephone: (303) 454-0100
                                 E-mail: bryan.fields3@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record

           /s/ Bryan Fields
          Bryan D. Fields
          Assistant United States Attorney
          United States Attorney's Office
          1801 California Street, Suite 1600
          Denver, Colorado 80202
          Telephone: (303) 454-0100
          E-mail: bryan.fields3@usdoj.gov