IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SHAWN MICHAEL VENCEL,

       Defendant.

---

## MOTION TO WITHDRAW
## DUE TO CONFLICT OF INTEREST WITH A FORMER CLIENT

---

The Office of the Federal Public Defender, by and through undersigned counsel, David E. Johnson, hereby moves for an Order a) withdrawing the Office of the Federal Public Defender (FPD) from further representation of Mr. Shawn Michael Vencel ("Mr. Vencel") due to a conflict of interest that prevents counsel's office from effective representation, and b) appointing a non-conflicted member of the Criminal Justice Act (CJA) panel to represent Mr. Vencel. In support thereof, counsel states as follows:

1.      On October 27, 2020, it was discovered that the Colorado FPD has a conflict of interest between this client and a former client of the Office.  Continued representation would result in a violation of the Colorado Rules of Professional Conduct. Specifically, continued representation of Mr. Vencel would violate counsel's ethical duties of: 1) Conflict of Interest: General Rule, see Colorado Rules of Professional Conduct 1.7;  2) Loyalty; and 3) Avoiding Conflicts of Interest.  See Colorado Rule of Professional Conduct 1.9.  Rule 1.7 requires withdrawal where "there is a significant risk

that the representation of one or more clients will be materially limited by the lawyer's

responsibilities to … a former client…". C.R.C.P. 1.7(a)(2). These rules have been

adopted by this Court. See D.C.Colo.LCrR 57.6. Therefore, because the FPD is

unable to fulfill its ethical duties, undersigned counsel is required to file this motion to

withdraw.

2.      In short, conflicting obligations prevent undersigned counsel's office from

effective representation. Under the present circumstances, the FPD cannot fulfill its

duty of loyalty to either client due to their competing interests and cannot choose

between them.

3.      The substance of the conflict cannot be revealed without violating the

confidences of two clients and C.R.C.P. 1.6.

4.      Colorado Rule of Professional Conduct 1.16 authorizes withdrawal for

good cause. Because continued representation would result in a violation of the

Colorado Rules of Professional Conduct, good cause exists for withdrawal.

5.      Counsel is filing this motion forthwith after discovery of the conflict.

6.      Because Mr. Vencel has been declared indigent, this motion further

respectfully requests that a non-conflicted member of the Criminal Justice Act ("CJA")

panel be appointed to represent him.

WHEREFORE, the Office of the Federal Public Defender respectfully

requests an Order withdrawing the Office of the Federal Public Defender and

undersigned counsel from further representation of Mr. Vencel, an appointing a member

of the Criminal Justice Act Panel to represent him.

2

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I filed the foregoing **MOTION TO WITHDRAW DUE TO CONFLICT OF INTEREST WITH A FORMER CLIENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Bryan D. Fields, Assistant United States Attorney
E-mail:  bryan.fields3@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Shawn Michael Vencel (via U.S. mail)


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
Attorney for Defendant

3