UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN MICHAEL VENCEL,

        Defendant.
_____

## NOTICE OF ATTORNEY APPEARANCE
_____

        Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters her appearance as court-appointed co-counsel for defendant Shawn Michael Vencel in the above-captioned action.

Dated: October 28, 2020         MARTHA H. ESKESEN, P.C.

                                               s/ Martha H. Eskesen
                                               Martha H. Eskesen
                                               5445 DTC Parkway, Penthouse 4
                                               Greenwood Village, CO 80111
                                               Telephone:   (303) 486-6938
                                               Facsimile:    (303) 573-4921
                                               Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 28, 2020, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel		(via U.S. Mail)


                              MARTHA H. ESKESEN, P.C.

                              s/ Martha H. Eskesen
                              Martha H. Eskesen
                              5445 DTC Parkway, Penthouse 4
                              Greenwood Village, CO 80111
                              Telephone:   (303) 486-6938
                              Facsimile:    (303) 573-4921
                              Email: meskesen@eskesenlaw.com