UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN MICHAEL VENCEL,

    Defendant.

_____

**EXHIBIT A TO
MOTION TO REOPEN DETENTION HEARING PURSUANT TO
18 U.S.C. § 3142(f) AND FOR RELEASE FROM CUSTODY ON CONDITIONS
AND REQUEST FOR HEARING**

_____

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 SIXTH STREET P.O. BOX 4249, BOULDER, CO, 80306-4249<br><br>THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** SHAWN MICHAEL VENCEL | DATE FILED: November 19, 2020 3:23 PM<br>CASE NUMBER: 2019CR2174<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2019CR2174<br>Division: 6    Courtroom: |
| **Order Modifying Bond** | |

Defendant's counsel requests, and the District Attorney's Office does not object, to the bond conditions imposed on June 4 2020 being modified as follow:

Bond remains $20,000 personal recognizance.

If Mr. Vencel is not in custody of US Marshall's, he shall report to PTS w/in 24 hours of release. Passive GPS + EHM to be hooked up 24 hours after release. HIPPA waiver req'd for PTS.

Issue Date: 11/19/2020

*[signature]*

NORMA ANGELICA SIERRA
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 SIXTH STREET P.O. BOX 4249, BOULDER, CO, 80306-4249<br><br>THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** SHAWN MICHAEL VENCEL | DATE FILED: November 19, 2020 11:40 AM<br>CASE NUMBER: 2019CR2396<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2019CR2396<br>Division: 6    Courtroom: |
| **Order Modifying Bond** ||

Defendant's counsel requests, and the District Attorney's Office does not object, to the bond conditions imposed on June 4 2020 being modified as follow:

Bond remains $25,000 personal recognizance.

If Mr. Vencel is not in custody of US Marshall's, he shall report to PTS w/in 24 hours of release. Passive GPS + EHM to be hooked up 24 hours after release. HIPPA waiver req'd for PTS.

Issue Date: 11/19/2020

*[signature]*

NORMA ANGELICA SIERRA
District Court Judge