UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN MICHAEL VENCEL,

    Defendant.
_____

**MOTION TO RESTRICT ACCESS TO ECF NO. 41**
_____

    Defendant Shawn Michael Vencel, by counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., moves the Court pursuant to D.C.COLO.LCrR 47.1(c) to restrict access to ECF 41 to the Court, the government, and the filing party. The grounds for this motion are that the documents at 41 are confidential medical records filed in compliance with Fed. R. Crim. P. 49.1.

Dated: November 30, 2020    MARTHA H. ESKESEN, P.C.

    s/ Martha H. Eskesen
    Martha H. Eskesen
    5445 DTC Parkway, Penthouse 4
    Greenwood Village, CO 80111
    Telephone:  (303) 486-6938
    Facsimile:  (303) 573-4921
    Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 30, 2020, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS TO ECF NO. 41** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel		(via U.S. Mail)


        MARTHA H. ESKESEN, P.C.

        s/ Martha H. Eskesen
        Martha H. Eskesen
        5445 DTC Parkway, Penthouse 4
        Greenwood Village, CO 80111
        Telephone:   (303) 486-6938
        Facsimile:    (303) 573-4921
        Email: meskesen@eskesenlaw.com