UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN MICHAEL VENCEL,

        Defendant.
_____

**MOTION TO RESTRICT ACCESS TO ECF NO. 43**
_____

        Defendant Shawn Michael Vencel, by counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., moves the Court pursuant to D.C.COLO.LCrR 47.1(c) to restrict access to ECF No. 43 to the Court, the government, and the filing party. The grounds for this motion are that ECF No. 43 contains information subject to privacy protections under Fed.R.Crim.P. 49.1(f).

| | |
|---|---|
| Dated:  November 30, 2020 | MARTHA H. ESKESEN, P.C. |
| | s/ Martha H. Eskesen |
| | Martha H. Eskesen |
| | 5445 DTC Parkway, Penthouse 4 |
| | Greenwood Village, CO 80111 |
| | Telephone:   (303) 486-6938 |
| | Facsimile:   (303) 573-4921 |
| | Email: meskesen@eskesenlaw.com |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 30, 2020, I electronically filed the foregoing **MOTION TO RESTRICT ACCESS TO ECF NO. 43** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel            (via U.S. Mail)

                    MARTHA H. ESKESEN, P.C.

                    s/ Martha H. Eskesen
                    Martha H. Eskesen
                    5445 DTC Parkway, Penthouse 4
                    Greenwood Village, CO 80111
                    Telephone:   (303) 486-6938
                    Facsimile:   (303) 573-4921
                    Email: meskesen@eskesenlaw.com