| | |
|---|---|
| **From:** | Fleck, Gillian (USMS) |
| **To:** | Martha Eskesen |
| **Subject:** | RE: Shawn Vencel, Reg. No. 45825-013 |
| **Date:** | Tuesday, December 22, 2020 4:01:36 PM |

Hi!

I received the following message from FDC: *"FYI, Inmate was assessed by our medical staff upon arrival and his clinical needs addressed."*

I'm afraid that is all the information they were willing to provide me; FDC is not disseminating more specific medical details on prisoner medical due to, as they say, HIPPA concerns.

I've tried to tell them that individuals housed there from the USMS have signed medical releases, but it did not make a difference.

-Gillian
720-264-7707

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Martha Eskesen <meskesen@eskesenlaw.com>
**Sent:** Tuesday, December 22, 2020 1:59 PM
**To:** Fleck, Gillian (USMS) <GFleck@usms.doj.gov>
**Subject:** FW: Shawn Vencel, Reg. No. 45825-013
**Importance:** High

Deputy Fleck:
I am contacting you per Sean Oman's automatic reply that he is out and to contact you. This is an urgent matter as Mr. Vencel is not receiving the care he requires post-surgery. Please see my message to Deputy Oman below.


Martha H. Eskesen, Attorney at Law
MARTHA H. ESKESEN, P.C.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:  303-486-6938
Facsimile:  303-573-4921
E-mail:  meskesen@eskesenlaw.com

**EXHIBIT A**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may include privileged or otherwise confidential information.  Federal and state law governing electronic communications apply.   If you are not the named recipient or an agent responsible for delivering it to the named recipient, you are hereby notifed that you have received this communication in error and that review, dissemination, printing or copying of this communication is prohibited.  If you have received this communication in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by telephone.  This e-mail including any attachments, could possibly contain viruses.  The receiver assumes all responsibility for checking and deleting any potential viruses.

**From:** Martha Eskesen
**Sent:** Tuesday, December 22, 2020 1:56 PM
**To:** 'sean.oman@usdoj.gov' <sean.oman@usdoj.gov>
**Subject:** Shawn Vencel, Reg. No. 45825-013
**Importance:** High

Dear Mr. Oman:

My name is Martha H. Eskesen.  I am one of the Criminal Justice Act Panel attorneys.  I represent Shawn Vencel, Reg. No. 45825-013.  I was informed that Mr. Vencel was moved yesterday from the GEO Aurora Detention Center to FDC-Englewood.  I would like to know why he was moved.  Also, Mr. Vencel had surgery on December 11, 2020 and requires Puri Lens eye drops.  He has not received the drops since he was moved and cannot go without them.

I would appreciate any assistance you can provide.  If Mr. Vencel does not receive adequate and proper medical care post-surgery he could lose his eyesight.

If you need to reach me by phone, the quickest way to do so is on my cell at 303-503-3263.

Thank you for your assistance.

Martha H. Eskesen, Attorney at Law
MARTHA H. ESKESEN, P.C.
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:  303-486-6938
Facsimile:  303-573-4921
E-mail:  meskesen@eskesenlaw.com

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may include privileged or otherwise confidential information.  Federal and state law governing electronic communications apply.   If you are not the named recipient or an agent responsible for

delivering it to the named recipient, you are hereby notifed that you have received this communication in error and that review, dissemination, printing or copying of this communication is prohibited.  If you have received this communication in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by telephone.  This e-mail including any attachments, could possibly contain viruses.  The receiver assumes all responsibility for checking and deleting any potential viruses.