UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN MICHAEL VENCEL,

        Defendant.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE PRETRIAL MOTIONS**
_____

        Defendant Shawn Michael Vencel, by counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., submits this unopposed motion and moves the Court for an extension of time until March 26, 2021 within which to file pretrial motions, for good cause shown as follows:

        **Conferral:**  Defense Counsel Eskesen has consulted with Assistant United States Attorney Bryan Fields regarding the government's position as to this request. The government does not oppose the defendant's request for an extension of time.  The defense does not oppose and equivalent extension of time for responses to motions.

        1.     By Amended Minute Order entered September 29, 2020, setting for the following scheduling order in this case:

- Pretrial Motions due by March 22, 2021
- Responses due by March 29, 2021

- Motions Hearing set for April 7, 2021 at 1:30 pm
- Ten-day Jury Trial set for April 12, 2021

(ECF No. 33).

2. By Minute Order entered March 16, 2021 (ECF No. 56), following e-mail communications between the Court's Judicial Assistant and counsel for the government and for Mr. Vencel, the Court advised that the Jury Trial in this case was not selected as a Pilot Trial to commence in April, and vacated the motions hearing set for April 7 and jury trial set for April 12, 2021. The Court set a Status Conference for April 7, 2021 at 8:30 am to be held by video teleconference.[1]

3. Although the motions hearing and jury trial have been vacated, pretrial motions remain due on March 22, 2021 and responses on March 29, 2021.

4. The parties have discussed and anticipate prior to the Status Conference they will file a joint request for a further ends of justice continuance in this case. Defense counsel must communicate with Mr. Vencel and confirm she has his authorization to make such a request. Because Mr. Vencel is detained pending trial and is housed at the Federal Detention Center ("FDC") in the Special Housing Unit ("SHU"), counsel has been unable to communicate with him for several weeks.[2]

---

[1] The March 16, 2021 minute order does not state whether Mr. Vencel's appearance via VTC at the Status Conference is required.

[2] The SHU is not located in the Federal Detention Center; rather, it is in the Federal Correctional Institution across from the Federal Detention Center. FDC staff advised defense counsel that legal calls with detainees in the SHU are only allowed on Wednesdays and the next available time is on Wednesday, March 24, 2021.

5. The parties are working to resolve this case by plea disposition. Although the charges in and of themselves are routine and appear to be straightforward fraud charges, the government's evidence reflects numerous transactions, multiple victims in multiple states and numerous means and methods. The discovery is voluminous and digesting it has been time consuming. Defense counsel's progress has been complicated by her inability to have regular attorney-client communications with Mr. Vencel since her appointment because of the COVID-19 pandemic restrictions.[3]

6. This motion to continue is not sought for the purpose of unduly delaying this case, nor is this motion necessary due to the procrastination, bad planning, or bad faith on the part of Mr. Vencel or his counsel. The parties are working to move the case forward.

WHEREFORE, Mr. Vencel requests the Court grant this motion and issue an order extending the time within which to file pretrial motions until March 26, 2021.

Dated: March 19, 2021         Respectfully submitted,

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:   (303) 573-4921
Email: meskesen@eskesenlaw.com
Attorneys for Defendant Daniel Eric Lake

---

[3] Counsel is aware that the Bureau of Prisons may be allowing in-person legal visitation. Counsel is a caretaker for her 90-year-old mother who is at risk and is unwilling to jeopardize her or counsel's safety by entering a prison at this time.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 19, 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS AND RESPONSES** with the Clerk of the Court using the CM/ECF system which will send notification to:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel		(via U.S. Mail)

           MARTHA H. ESKESEN, P.C.

           s/ Martha H. Eskesen
           Martha H. Eskesen
           5445 DTC Parkway, Penthouse 4
           Greenwood Village, CO 80111
           Telephone:   (303) 486-6938
           Facsimile:   (303) 573-4921
           Email: meskesen@eskesenlaw.com