UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN MICHAEL VENCEL,

        Defendant.
_____

## NOTICE OF DISPOSITION
_____

        Shawn Michael Vencel, by counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby gives notice that the parties have reached a disposition in the above-referenced case subject to the Court's consideration of the parties' proposed plea agreement. Mr. Vencel requests the Court direct the parties to jointly contact Chambers to schedule the change of plea hearing.

        Mr. Vencel further requests that the Court issue an Order pursuant to the CARES Act and District Court General Order 2020-4, as extended by District Court General Order 2021-4, authorizing the use of video teleconferencing (VTC), and/or, if VTC is not reasonably available, telephone conferencing for the Change of Plea Hearing.

Dated:  May 3, 2021                    MARTHA H. ESKESEN, P.C.

                                       s/ Martha H. Eskesen
                                       Martha H. Eskesen
                                       5445 DTC Parkway, Penthouse 4
                                       Greenwood Village, CO 80111
                                       Telephone:   (303) 486-6938
                                       Facsimile:   (303) 573-4921
                                       Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 3, 2021, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel            (via U.S. Mail)


                                       MARTHA H. ESKESEN, P.C.

                                       s/ Martha H. Eskesen
                                       Martha H. Eskesen
                                       5445 DTC Parkway, Penthouse 4
                                       Greenwood Village, CO 80111
                                       Telephone:   (303) 486-6938
                                       Facsimile:   (303) 573-4921
                                       Email: meskesen@eskesenlaw.com