# EXHIBIT A

DISTRICT COURT, BOULDER COUNTY, COLORADO   Case No. 19CR2174   Div. 6

**ADULT OFFENSE MINUTE ORDER:** ☒ ARRAIGNMENT  ☐ SENTENCE  ☐ DISPO  ☐ HEARING  ☐ STATUS  ☐ WARRANT  ☐ REVIEW

PEOPLE OF THE STATE OF COLORADO V. Vencel, Shawn

On 6-4-20, the following actions occurred in this case.

DATE FILED: June 4, 2020 9:53 AM
CASE NUMBER: 2019CR2174

**Defendant:** ☒ Present ☒ In custody ☐ Not present

**Interpreter:** ☐ M. Buch  ☐ Other _____

**COURT REPORTER:** ☐ T. Butler ☐ D. Chioda ☒ A. Lee ☐ K. Ritter ☐ P. Selleck ☐ FTR ☐ Other _____

**APPEARANCES:**

People: ☐ E. Baasten  ☒ C. Gardner-Wood  ☐ L. Kinde  ☐ M. B. Roesch  ☐ R. Bayas  ☐ K. Kupfner  ☐ L. Runnerstrom  ☐ K. Booth  ☐ M. Grimaldi  ☐ J. McClintock  ☐ N. Trevino  ☐ M. Bradford  ☐ F. Johnson  ☐ K. Peters  ☐ A. Van Nice  ☐ R. Day  ☐ A. Kelly  ☐ M. Petrash  ☐ C. Weigel  ☐ J. Dotter  ☐ A. Kendall  ☐ C. Rinke  ☐ Other _____

Defense Attorney: ☐ E. Briggs  ☐ J. Engelmann  ☐ M. Levenstein  ☐ A. Coleman  ☐ J. Gifford  ☐ J. Sharman  ☐ N. Collins  ☒ K. Hayes  ☐ L. Tokic  ☐ T. Collins  ☒ J. Hempstead  ☐ Other _____  ☐ S. Dunn  ☐ K. Herold  ☐ Pro se

**Probation:** appeared by webex

**ARRAIGNMENT:** ☐ Not guilty plea  ☐ Deft. waived speedy trial.  ☐ Case & Trial management orders given.
Trial set for the week of _____ at 7:00 A.M. Trial set for ___ days.
Motions set for _____ at _____. Motions to be filed by COB _____.

**STIP:** ☐ Waived 2 felony rule

**AMENDMENT & PLEA:** Defendant, having been advised under Rule 11, entered the following plea:

| COUNT | Description of charge: | AMD | DISM | ADD | GLTY | NC | AP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**IMMEDIATE SENTENCING:** Judgment of conviction is entered where appropriate. Defendant is sentenced to:
☐ **FEES & COSTS:** (Grand total from auto-apply:) $ _____ / ☐ Defendant indigent – Fees and costs waived as permitted by law.
☐ Fees, costs & surcharges waived: VAST, GTSC, SUPV, DSAS, SXOF, DRUG, PDAR, Other _____ [DO NOT WAIVE CRTC, VCMP, CSCF, MIPA, OFID]
☐ Restitution $ _____   ☐ CTPA $ _____   ☐ Felony fines $ _____

☐ **DEFERRED SENTENCE:** (CNT ___) for ___ day(s) / month(s) / year(s) from ☐ today / ☐ original start date
   ☐ supervised / ☐ unsupervised.

☐ **PROBATION** ☐ **ISP:** (CNT ___) for ___ day(s) / month(s) / year(s) from ☐ today / ☐ original start date
   ☐ supervised / ☐ unsupervised.

☐ **JAIL:** (CNT ___) For ___ day(s) / month(s) / year(s) with ☐ Work release ☐ Day reporting ☐ EHM ☐ Work crew ☐ Straight time
Wait ☐ in custody or ☐ out of custody for WR bed. CRTS ___ days. Start date for work crew _____. Work crew served as follows _____

☐ **COMMUNITY SERVICE:** ___ hours to be completed by: _____.
☐ **DIVERSION**  4 WEEK RETURN: _____   6 MONTH RETURN: _____
☐ **COMMUNITY CORRECTIONS:** (CNT ___) for ___ day(s) / month(s) / year(s). CRTS ___ days
☐ **DEPT OF CORRECTIONS:** (CNT ___) for ___ month(s) / year(s). CRTS ___ days  ☐ Plus parole authorized by statute: ___ years.
☐ Not SVP, still required to register (NOSV)  ☐ Sexually Violent Predator (SVP)  ☐ Sex offender by statute (SXOF)
☐ Factual basis (FACT)  ☐ No Longer required to register (NREG)  ☐ Advised of Registration Requirement
SENTENCE TO RUN ☐ CONSECUTIVE TO _____ ☐ CONCURRENT WITH _____.

**FUTURE SENTENCING:**
Sentencing set for:
(Date) _____
(Time) _____
☐ Psych eval  ☐ Psycho-sexual eval  ☐ Excess fees authorized
☐ PSI ordered (PSIO) w/  ☐ Sex offender evaluation (SOEV)  ☐ Comm. Corr.  ☐ ISP  ☐ PACE  ☐ ITC
☐ PSI update ordered (only if previous PSIO ordered).  ☐ Defendant waived PSI.  ☐ No referrals
☐ AITC acceptance  ☐ Female Offender Program (FOP)

**FURTHER PROCEEDINGS:** ☒ Matter continued for ☒ ARRG ☐ DISPO ☐ STAT ☐ FPRD _____ on 6/6 at 8:15.
☐ Writ defendant from _____.
☐ Defendant failed to appear. Warrant to issue. Bail set at $_____.  ☐ With original terms and conditions
Warrant stayed until _____ at _____.

**BOND:** ☐ Forfeited, citation to issue
☐ Discharged
☒ Modified to PR bond 20K
☐ Continued
☐ Surety exonerated
☐ Revoked

NOTES: ☐ No contact w/ victim  ☐ Mental health eval / tx  ☐ No weapons  ☐ No drugs / alcohol  ☐ Domestic violence eval / tx  ☐ Full-time job  ☐ Verifiable residence
☐ Alcohol eval / tx  ☐ No contact with co-defendants  ☐ DS & Probation run concurrently  ☐ Pay restitution  ☐ Substance abuse eval / tx as rec  ☐ Substance abuse monitoring at discretion of probation  ☐ No driving without a valid driver's license, registration, and insurance
☐ DV finding pursuant to statute  ☐ No gang affiliation  ☐ Pre-trial supervision  ☒ Take all Rx as prescribed  ☒ Report PTS 24 hrs release

☐ CASE DISMISSED  ☐ PURSUANT TO PLEA AGREEMENT IN CASE NO(s). _____.
☐ CASE TERMINATED

bond set @ 20,000

Andrew Hartman
District Court Judge
Revised 10/11/19

Δ moves to modify bond to permit eye transplant to P.R. bond. ☒ objects.

Ct grant motion to modify PR bond w/ following conditions: passive GPS monitoring, verifiable address, location plan b/w Δ & PTS w/ EHM type, Δ shall sign HIPPA waiver Re: proving verifiable disease, tx, surgery to PTS

DISTRICT COURT, BOULDER COUNTY, COLORADO    Case No. 19CR2396    Div. 6

**ADULT OFFENSE MINUTE ORDER:** ☒ ARRAIGNMENT  ☐ SENTENCE  ☐ DISPO  ☐ HEARING  ☐ STATUS  ☐ WARRANT  ☐ REVIEW

PEOPLE OF THE STATE OF COLORADO V. Vencel, Shawn

On 6-4-20, the following actions occurred in this case.

DATE FILED: June 4, 2020 9:54 AM
CASE NUMBER: 2019CR2396

**Defendant:** ☒ Present  ☒ In custody  ☐ Not present

**Interpreter:** ☐ M. Buch  ☐ Other_____

**COURT REPORTER:** ☐ T. Butler  ☐ D. Chioda  ☒ A. Lee  ☐ K. Ritter  ☐ P. Selleck  ☐ FTR  ☐ Other_____

**APPEARANCES**

People: ☐ E. Baasten  ☒ C. Gardner-Wood  ☐ L. Kinde  ☐ M. B. Roesch  ☐ R. Bayas  ☐ K. Kupfner  ☐ L. Runnerstrom  ☐ K. Booth  ☐ M. Grimaldi  ☐ J. McClintock  ☐ N. Trevino  ☐ M. Bradford  ☐ F. Johnson  ☐ K. Peters  ☐ A. Van Nice  ☐ R. Day  ☐ A. Kelly  ☐ M. Petrash  ☐ C. Weigel  ☐ J. Dotter  ☐ A. Kendall  ☐ C. Rinke  ☐ Other___

Defense Attorney: ☐ E. Briggs  ☐ J. Engelmann  ☐ M. Levenstein  ☐ A. Coleman  ☐ J. Gifford  ☐ J. Sharman  ☐ N. Collins  ☒ K. Hayes  ☐ L. Tokic  ☐ T. Collins  ☒ J. Hempstead  ☐ Other___  ☐ S. Dunn  ☒ K. Herold  ☐ Pro se

Probation: appeared by webex

**ARRAIGNMENT:** ☐ Not guilty plea  ☐ Deft. waived speedy trial.  ☐ Case & Trial management orders given.
Trial set for the week of _____ at 7:00 A.M. Trial set for ___ days.
Motions set for _____ at _____. Motions to be filed by COB___

**STIP:** ☐ Waived 2 felony rule

**AMENDMENT & PLEA:** Defendant, having been advised under Rule 11, entered the following plea:

| COUNT | Description of charge: | AMD | DISM | ADD | GLTY | NC | AP |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**IMMEDIATE SENTENCING:** Judgment of conviction is entered where appropriate. Defendant is sentenced to:

☐ **FEES & COSTS:** (Grand total from auto-apply): $_____ / ☐ Defendant indigent – Fees and costs waived as permitted by law.
☐ Fees, costs & surcharges waived: VAST, GTSC, SUPV, DSAS, SXOF, DRUG, PDAR, Other____ [DO NOT WAIVE CRTC, VCMP, CSCF, MIPA, OFID]
☐ Restitution $_____ ☐ CTPA $_____ ☐ Felony fines $_____

☐ **DEFERRED SENTENCE:** (CNT ___) for ___ day(s) / month(s) / year(s) from ☐ today / ☐ original start date  ☐ supervised / ☐ unsupervised.

☐ **PROBATION** ☐ **ISP:** (CNT ___) for ___ day(s) / month(s) / year(s) from ☐ today / ☐ original start date  ☐ supervised / ☐ unsupervised.

☐ **JAIL:** (CNT ___) For ___ day(s) / month(s) / year(s) with ☐ Work release ☐ Day reporting ☐ EHM ☐ Work crew ☐ Straight time
Wait ☐ in custody or ☐ out of custody for WR bed. CRTS ___ days. Start date for work crew _____. Work crew served as follows _____

☐ **COMMUNITY SERVICE:** ___ hours to be completed by:_____
☐ **DIVERSION**  4 WEEK RETURN: ___  6 MONTH RETURN: ___
☐ **COMMUNITY CORRECTIONS:** (CNT ___) for ___ day(s) / month(s) / year(s). CRTS ___ days
☐ **DEPT OF CORRECTIONS:** (CNT ___) for ___ month(s) / year(s). CRTS ___ days ☐ Plus parole authorized by statute: ___ years.
☐ Not SVP, still required to register (NOSV) ☐ Sexually Violent Predator (SVP) ☐ Sex offender by statute (SXOF)
☐ Factual basis (FACT) ☐ No Longer required to register (NREG) ☐ Advised of Registration Requirement
SENTENCE TO RUN ☐ CONSECUTIVE TO _____ ☐ CONCURRENT WITH_____.

**FUTURE SENTENCING:**
Sentencing set for:
(Date)_____
(Time)_____
☐ Psych eval  ☐ Psycho-sexual eval  ☐ Excess fees authorized
☐ PSI ordered (PSIO) w/ ☐ Sex offender evaluation (SOEV) ☐ Comm. Corr. ☐ ISP ☐ PACE ☐ ITC
☐ PSI update ordered (only if previous PSIO ordered). ☐ Defendant waived PSI.  ☐ No referrals
☐ AITC acceptance  ☐ Female Offender Program (FOP)

**FURTHER PROCEEDINGS:** ☒ Matter continued for ☒ ARRG ☐ DISPO ☒ STAT ☐ FPRD _____ on 8/6 at 815.
☐ Writ defendant from _____.
☐ Defendant failed to appear. Warrant to issue. Bail set at $_____. ☐ With original terms and conditions
Warrant stayed until _____ at _____.

**BOND:** ☐ Forfeited, citation to issue  ☐ Discharged  ☒ Modified to PR bond 25K  ☐ Continued  ☐ Surety exonerated  ☐ Revoked

NOTES: ☐ No contact w/ victim  ☐ Mental health eval / tx  ☐ No weapons  ☐ No drugs / alcohol  ☐ Domestic violence eval / tx  ☐ Full-time job  ☐ Verifiable residence

☐ Alcohol eval / tx  ☐ No contact with co-defendants  ☐ DS & Probation run concurrently  ☐ Pay restitution  ☐ Substance abuse eval / tx as rec  ☐ Substance abuse monitoring at discretion of probation

☐ DV finding pursuant to statute  ☐ No gang affiliation  ☐ Pre-trial supervision  ☐ Take all Rx as prescribed  ☒ Report PTS 24 hrs release  ☐ No driving without a valid driver's license, registration, and insurance

☐ CASE DISMISSED ☐ PURSUANT TO PLEA AGREEMENT IN CASE NO(s). _____
☐ CASE TERMINATED

bond set 25,000

Δ moves to modify bond to permit eye transplant, to P.R. bond. π objects.

Ct grants passive GPS, verifiable address, location plan b/w Δ & PTS w/ EHM type monitoring, Δ shall sign HIPPA waiver to prove verifiable tx & disease & surgery only to PTS

Andrew Hartman
District Court Judge
Revised 10/11/19