# EXHIBIT B

| District Court Division 6, Boulder County, Colorado | FILED IN THE 20TH JUDICIAL DISTRICT |
|---|---|
| Court Address & Phone Number: | **ORIGINAL** NOV 2 5 2020 |
| 1777 Sixth Street, Boulder, Co 80302 303-441-3750 | BOULDER COUNTY, CO |
| People of the State of Colorado | DATE FILED: November 25, 2020 8:00 AM |
| | CASE NUMBER: 2019CR2174 |
| v. | - COURT USE ONLY - |
| | Case Number: D0072019CR002174 |
| Shawn   Vencel | Arrest Number: K00330245 |
| | Division: District Court Division 6 |
| 1527 | Courtroom: |

### APPEARANCE BOND

**BOND TYPE:**     PR/Self

**BOND POSTED FOR:**     Defendant

**NAME OF PARTY:**     Shawn  Vencel                                    **Date of Birth:**     11/20/1983

The Party, as principal, and (print or type):   Shawn Vencel
as surety, acknowledge that we are jointly and severally bound to the People of the State of Colorado, in the penal sum of **twenty thousand and xx / 100 ($20,000.00)** DOLLARS, if there is a default upon the primary condition of this Bond. The bail agent charged a premium in the amount of $ _____     The primary condition of this bond is that the Party shall personally appear in the **District Court Division 6, 1777 Sixth Street, Boulder, Co 80302** 303-441-3750 on 02/02/2021 (return date), at   **8:15 am** (time) and at each place, and upon each date, to which this proceeding is transferred or continued, until entry of an order for deferred prosecution or deferred judgment, plea of guilty, *nolo contender* or conviction; ☐ I agree to a continuance of this bond through sentencing; to answer charges of:

FTA CONT SUB,

**Note:**   If the return date and time is a legal holiday or a weekend, the return date is a mandatory appearance on the first business day thereafter.

**Additional Conditions: (1)** Party shall not commit a felony while at liberty on bail; **(2)** Party shall immediately notify the Court of any change of mailing address or residence; **(3)** Party shall not leave the state without court approval

☐ Pursuant to § 16-3-503, C.R.S. you shall execute a waiver that states you understand that the bond or fees shall be forfeited if the Defendant is removed from the country.
☐ If you have been arrested for a Felony offense, you shall sign a written waiver of extradition indicating you waive all formal proceedings in the event you are arrested in another state and you agree to return to Colorado.
☐ Comply w/ Mandatory Protection Order
☐ No Contact With Victim

☐ May not leave state
☐ No Weapons
☐ 3rd party contact for _____
☐ No Alcohol
☐ No Drugs
☐ No Non-prescribed medications
☐ No Non-prescribed marijuana
☐ Continue with Mental Health Treatment
☐ Continue taking Mental Health Medications As Prescribed

☒ Pre-trial supervision w/in 24hrs of release
☐ Alcohol Monitoring
☐ Drug Monitoring
☐ EAM Prior to Release
☒ EHM w/ in 24hrs of release
☐ No driving without a valid license
☐ No driving
☐ Civil Standby
☐ Report to CJS/Probation w/in 24 Hours of Release and Comply with Probation
☐ Cooperate with DHHS
☐ Register as required
☐ No Additional Conditions Needed
☒ **Passive GPS w/ in 24hrs of release, HIPPA Waiver required for PTS, all of these bond conditions apply if Mr. Vencel is NOT in custody of the US Marshall's**

**Defendant's Name:**  Shawn  Vencel

**Case No:** D0072019CR002174

If the party fails to comply with any of the conditions of this bond, the Court may revoke the Party's release on bail, increase the amount of bail or modify bond conditions. This bond will be forfeited if the party does not appear in court as required by the primary bond condition.

You are not required to agree to apply the cash bond deposited in this case toward any amount owed as a condition of release.  Use of the deposit for such purpose may only occur if you voluntarily agree in writing to such use.   Please choose one of the following:

  ❑ I consent and authorize the court to apply the cash bond deposited in this case to any and all court costs, restitution, fines, fees and surcharges owed by me at the time I am discharged from all liability under the terms of the bond.   Any funds remaining must be returned to me as defendant at the address provided below.

  ❑ I do not consent or authorize the court to apply the cash bond deposited in this case toward any amount owed by me.

_Shawn Vencel_      _1995 E. Coalton Rd #5-103 Superior, Co 8020_    _720-775-8209_
Party signature           Address (Street, City, State & Zip Code)         Telephone Number

_____
Surety Bonding Agent*/Bonding Commissioner/Judge Signature

_____
Address (Street, City, State & Zip Code)          Telephone Number

**Bonding Agent License No:** _____    **Power of Attorney No:** _____

_____
Surety Other than Bonding Agent** Signature    Address (Street, City, State & Zip Code)        Telephone Number

**\* Bonding Agent Certification:** Agent by executing this bond, warrants and represents to the Court, under oath, and under penalty of perjury: **(1)** that agent is not currently in default in payment of any final judgment upon any bail bond forfeited in any Colorado jurisdiction; **(2)** that agent is duly licensed by the State of Colorado to execute this bond; **(3)** that agent, if non-cash agent, is currently appointed by the corporate surety whose power of attorney accompanies the bond.

Executed and Acknowledged by the above named in the presence of the undersigned at:
  **Boulder County Jail**

By: _____       By: _A. Pelletier #1527_
     Deputy Sheriff (As to Surety/Bonding Agent)        Deputy Sheriff (As to Defendant)

Date _____ Time: _____      Date: _11/24/20_    Time: _0948_

District Court Division 6, Boulder County, Colorado

**Court Address & Phone Number:**

1777 Sixth Street, Boulder, Co 80302 303-441-3750

**ORIGINAL**

FILED

NOV 2 5 2020

BOULDER COUNTY, CO

DATE FILED: November 25, 2020 3:45 PM
CASE NUMBER: 2019CR002396

People of the State of Colorado

v.

Shawn   Vencel

1527

- COURT USE ONLY -

| | |
|---|---|
| Case Number: | D0072019CR002396 |
| Arrest Number: | K00330337 |
| Division: | District Court Division 6 |
| Courtroom: | |

## APPEARANCE BOND

**BOND TYPE:**   PR/Self

**BOND POSTED FOR:**   Defendant

**NAME OF PARTY:**   Shawn   Vencel         **Date of Birth:**   11/20/1983

The Party, as principal, and (print or type):   Shawn Vencel _____

as surety, acknowledge that we are jointly and severally bound to the People of the State of Colorado, in the penal sum of **twenty-five thousand and xx / 100 ($25,000.00) DOLLARS**, if there is a default upon the primary condition of this Bond. The bail agent charged a premium in the amount of $_____. The primary condition of this bond is that the Party shall personally appear in the **District Court Division 6, 1777 Sixth Street, Boulder, Co 80302 303-441-3750** on **02/02/2021** (return date), at **8:15 am** (time) and at each place, and upon each date, to which this proceeding is transferred or continued, until entry of an order for deferred prosecution or deferred judgment, plea of guilty, *nolo contender* or conviction; ☐ I agree to a continuance of this bond through sentencing; to answer charges of:

IDENTITY THEFT, AT-RISK ADULT/JUV-THEFT-UNDER $500, AUTO THEFT 1ST /AGG $20,000 OR LESS, FORGERY, FORGERY, THEFT $5000-$19,999, VIOLATION OF BAIL BOND CONDITIONS-F, VIOLATION OF BAIL BOND CONDITIONS-F, VIOLATION OF BAIL BOND CONDITIONS-F, VIOLATION OF A RESTRAINING ORDER, VIOLATION OF A RESTRAINING ORDER, VIOLATION OF A RESTRAINING ORDER, DRIVING AFTER REVOCATION

**Note:**   **If the return date and time is a legal holiday or a weekend, the return date is a mandatory appearance on the first business day thereafter.**

**Additional Conditions: (1)** Party shall not commit a felony while at liberty on bail; **(2)** Party shall immediately notify the Court of any change of mailing address or residence; **(3)** Party shall not leave the state without court approval

☐ Pursuant to § 16-3-503, C.R.S. you shall execute a waiver that states you understand that the bond or fees shall be forfeited if the Defendant is removed from the country.
☐ If you have been arrested for a Felony offense, you shall sign a written waiver of extradition indicating you waive all formal proceedings in the event you are arrested in another state and you agree to return to Colorado.
☐ Comply w/ Mandatory Protection Order
☐ No Contact With Victim

_____

☐ May not leave state
☐ No Weapons
☐ 3rd party contact for _____
☐ No Alcohol
☐ No Drugs
☐ No Non-prescribed medications
☐ No Non-prescribed marijuana
☐ Continue with Mental Health Treatment
☐ Continue taking Mental Health Medications As Prescribed

☒ **Pre-trial supervision w/in 24hrs of release**
☐ Alcohol Monitoring
☐ Drug Monitoring
☐ EAM Prior to Release
☒ **EHM w/in 24hrs of release**
☐ No driving without a valid license
☐ No driving
☐ Civil Standby
☐ Report to CJS/Probation w/in 24 Hours of Release and Comply with Probation
☐ Cooperate with DHHS
☐ Register as required
☐ No Additional Conditions Needed
☒ **Passive GPS w/in 24hrs of release, HIPPA Waiver required for PTS, all of these bond conditions apply if Mr. Vencel is NOT in custody of the US Marshall's**

Page 1 of 2

**Defendant's Name:**  Shawn  Vencel

**Case No:** D0072019CR002396

If the party fails to comply with any of the conditions of this bond, the Court may revoke the Party's release on bail, increase the amount of bail or modify bond conditions. This bond will be forfeited if the party does not appear in court as required by the primary bond condition.

You are not required to agree to apply the cash bond deposited in this case toward any amount owed as a condition of release.  Use of the deposit for such purpose may only occur if you voluntarily agree in writing to such use.   Please choose one of the following:

☐ I consent and authorize the court to apply the cash bond deposited in this case to any and all court costs, restitution, fines, fees and surcharges owed by me at the time I am discharged from all liability under the terms of the bond.   Any funds remaining must be returned to me as defendant at the address provided below.

☐ I do not consent or authorize the court to apply the cash bond deposited in this case toward any amount owed by me.

_____        1995 E. Coalton RD #75-105 Superior, Co 80020        720-775-8207
Party signature                     Address (Street, City, State & Zip Code)                    Telephone Number

_____
Surety Bonding Agent*/Bonding Commissioner/Judge Signature

_____
Address (Street, City, State & Zip Code)                                                    Telephone Number

**Bonding Agent License No:** _____    **Power of Attorney No:** _____

_____
Surety Other than Bonding Agent** Signature      Address (Street, City, State & Zip Code)           Telephone Number

**\* Bonding Agent Certification:** Agent by executing this bond, warrants and represents to the Court, under oath, and under penalty of perjury: **(1)** that agent is not currently in default in payment of any final judgment upon any bail bond forfeited in any Colorado jurisdiction, **(2)** that agent is duly licensed by the State of Colorado to execute this bond; **(3)** that agent, if non-cash agent, is currently appointed by the corporate surety whose power of attorney accompanies the bond

**Executed and Acknowledged** by the above named in the presence of the undersigned at:
**Boulder County Jail**

By: _____        By: A. Pelletier #1527
Deputy Sheriff (As to Surety/Bonding Agent)          Deputy Sheriff (As to Defendant)

Date: _____ Time: _____        Date: 11/24/20 ___ Time: 0948