# EXHIBIT C

| Printed: 08/13/21 10:27 AM | **Case Number : 14GS004313** | Page 1 of 6 |
|---|---|---|

## Case Information

DCC Case No: 14GS004313    State Case No:

| Status | Case Type | Vio Date | Date Filed | DV | Citation Pfx |
|---|---|---|---|---|---|
| SENTENCED | DOMESTIC VIOLENCE | 04/06/2014 | 04/06/2014 | Y | |

Location: 8155 E FAIRMOUNT DR DENVER

## Party Information

DCC Case No: 14GS004313                                **3 Parties**

DEFENDANT                              Attorney No: 18365 (Eskesen, Martha Horwitz)

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| VENCEL | SHAWN | M | | 11/20/1983 | |

Address: 11332 CENTRAL COURT #210                     Phone: (720) 732-7810
         BRROMFIELD, CO 80021                          Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| VENCEL | SHAWN | | | 11/20/1983 | |

Address: CO                                            Phone:
                                                       Language:

AKA

| Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|
| VANCEL | SHAWN | | | 11/20/1983 | |

Address: CO                                            Phone:
                                                       Language:

## Violations

DCC Case No: 14GS004313

| Disposition | | CRS | Class | Description | Points |
|---|---|---|---|---|---|
| 1 | DISMISSED | 38-71 | UC | DESTRUCTION OF PRIVATE PROPERTY | 0 |
| 2 | DISMISSED | 38-89 | UC | DISTURBING THE PEACE | 0 |
| 3 | GUILTY | 38-93 | UC | ASSAULT | 0 |

## Bond Information

DCC Case No: 14GS004313

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 420262 | PROFESSIONAL | 2014-173946 | VENCEL, SHAWN M |

Surety: THOMAS B. REMY                     Power No:  SS-7-22530
Address: P.O. BOX 1049
         ARVADA, CO 80001
Phone: (303) 423-9982
Insurance Co: SUN SURETY INSURANCE COMPANY

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 04/07/14 16:42 | POSTED | $3,500.00 | | |
| 2 | 05/21/14 08:00 | BOND RELEASED | $3,500.00 | | SURETY |

## Bond Information
DCC Case No: 14GS004313

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 429983 | PROFESSIONAL | 14191981 | VENCEL, SHAWN M |

Surety: ABRAHAM MELENDEZ      Power No: SS-7-26762
Address: P.O. BOX 19472
        BOULDER, CO 80308
Phone: (303) 774-7777
Insurance Co: SUN SURETY INSURANCE COMPANY

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 10/02/14 20:23 | POSTED | $7,500.00 | | |
| 2 | 10/30/14 08:30 | FORFEITURE PENDING | $7,500.00 | 12/04/2014 | |
| 3 | 12/04/14 07:58 | JUDGMENT ENTERED | $7,500.00 | 03/05/2015 | |
| 4 | 03/13/15 11:44 | JUDGMENT PAID | $7,500.00 | | |

| Bond No | Bond Type | Arrest No | Party |
|---|---|---|---|
| 439884 | PROFESSIONAL | | VENCEL, SHAWN M |

Surety: ABRAHAM MELENDEZ      Power No: SS50 04210
Address: P.O. BOX 19472
        BOULDER, CO 80308
Phone: (303) 774-7777
Insurance Co: SUN SURETY INSURANCE COMPANY

| | Action Date | Action Code | Amount | Soe Date | Release To |
|---|---|---|---|---|---|
| 1 | 03/18/15 22:30 | POSTED | $15,000.00 | | |
| 2 | 05/14/15 08:30 | FORFEITURE PENDING | $15,000.00 | 06/20/2015 | |
| 3 | 06/20/15 12:26 | JUDGMENT ENTERED | $15,000.00 | 12/14/2015 | |
| 4 | 10/05/15 16:34 | JUDGMENT PAID | $15,000.00 | | |

## Sentence Information
DCC Case No: 14GS004313

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| **04/07/2014** | | | | | |
| PRESENTENCE INSTRUCTIONS | | | | | |
| 1  INTENSIVE SUPERVISION | | | | 00/00/00 | |
| 2  PRE-TRIAL CONDITION OF BOND | | | | 00/00/00 | |
| **05/21/2014** | | | | | |
| SUPERVISED PROBATION | 1 | YEARS | | 05/21/15 | REVO |
| 1  DV COUNSELING PROGRAM | 1 | YEARS | | 00/00/00 | |
| 2  MONITORED SOBRIETY | 1 | YEARS | | 00/00/00 | |
| 3  NO FURTHER VIOLATIONS | 1 | YEARS | | 00/00/00 | |
| 4  NOTIFY FOR CHANGE OF ADDRESS | | | | 00/00/00 | |
| 5  TERMS DECIDED BY PROBATION | | | | 00/00/00 | |
| 6  TREATMENT AS RECOMMENDED BY PO | | | | 00/00/00 | |
| PRESENTENCE INSTRUCTIONS | | | | | |
| 1  REMOVE PRETRIAL REQUIREMENTS | | | | 00/00/00 | |
| **10/02/2014** | | | | | |
| PRESENTENCE INSTRUCTIONS | | | | | |
| 1  ENHANCED SUPERVISION | | | | 00/00/00 | |
| 2  PRE-TRIAL CONDITION OF BOND | | | | 00/00/00 | |
| **01/28/2016** | | | | | |
| JAIL TIME IMPOSED | 250 | DAYS | 03/11/16 | | NCMPLY |
| 1  CONCURRENT JAIL SENT | | | | 00/00/00 | |
| JAIL TIME SUSP COND. | 100 | DAYS | | | |

Printed: 08/13/21 10:27 AM    **Case Number : 14GS004313**    Page 3 of 6

## Sentence Information
DCC Case No: 14GS004313

| Date/Description | Value | Units | SOE Date | Due Date | Status |
|---|---|---|---|---|---|
| **12/14/2017** | | | | | |
| JAIL TIME IMPOSED | 250 DAYS | | | | |
| 1    CONCURRENT JAIL SENT | | | | 00/00/00 | |
| 2    WORK RELEASE AUTHORIZED | | | | 00/00/00 | |
| PRIOR INCARCERATION CREDIT | 45 DAYS | | | | |

## Fine and Costs
DCC Case No: 14GS004313

| Description | Imposed | Suspended | CCWP/CTS | Paid | Due |
|---|---|---|---|---|---|
| SUPERVISION FEE | 600.00 | .00 | .00 | .00 | 600.00 |
| ASSET RECOVERY FEE | 28.80 | .00 | .00 | .00 | 28.80 |
| FAILED TO PAY FEE | 50.00 | .00 | .00 | .00 | 50.00 |
| FINE GENERAL SESSIONS | 50.00 | 50.00 | .00 | .00 | .00 |
| GENERAL SESSIONS COURT COS | 26.00 | 26.00 | .00 | .00 | .00 |
| WARRANT FEE (GS) | 50.00 | .00 | .00 | .00 | 50.00 |
| VAS (SURCHARGE) | 20.00 | .00 | .00 | .00 | 20.00 |
| BOND FEE | 100.00 | .00 | .00 | 100.00 | .00 |
| BOND FORFEITURE | 22,500.00 | .00 | .00 | 22,500.00 | .00 |
| **Total:** | **$23,424.80** | **$76.00** | **$0.00** | **$22,600.00** | **$748.80** |

## Action Information
DCC Case No: 14GS004313

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 08/13/21 09:51 | ENTRY OF  APPEARANCE | | 3H | | |
| 09/01/20 00:51 | INTEGRAL ADJUSTED | | | | -172.20 |
| Minute #1 | Manually inserted adjustment action to account for adjusted amount sent to Integral with 09/01/2020 update file. | | | | |
| 04/16/18 01:00 | PROTECTION ORDER REVIEW HRG. | Judge A Rudolph | 3H | MRO CANCELLED | |
| 04/16/18 01:00 | PROTECTION ORDER CANCELED | | 3H | POCAND | |
| 02/28/18 07:24 | MOTION DENIED | | 3H | | |
| Minute #1 | 02-28-18 CALLED AND SPOKE WITH GMA, NOTIFIED OF JUDGE'S RULING // TT | | | | |
| 02/27/18 07:56 | MISC. CORRESPONDENCE | | 3H | | |
| 01/24/18 12:00 | ENTRY OF  APPEARANCE | | 3H | | |
| Minute #1 | SPOKE TO ATTORNEY LETTING HIM KNOW DEF HAS ALREADY PLEAD ON THIS CASE.  MR. BAUMGARTNER SAID DEF HAS SEVERAL CASES AND HE WAS AWARE THAT DEF HAD ALREADY PLEAD/HMA 1-24-18 | | | | |
| 12/14/17 09:58 | WARRANT CANCELLATION ORDERE | | | WARCAN | |
| 12/14/17 08:30 | IN CUSTODY HEARING | Judge K Lombardi | 3H | SENTENCE IMPOSED | |
| Minute #1 | JUDGE KDL: [SENTIM] | | | | |
| Minute #2 | Di/c with PD Estrada. D FTA for remand date. D req modification of EW. Denied. WR granted. but given 45 days PSC. | | | | |
| 12/14/17 00:00 | SPEEDY TRIAL STARTS | | | RESET | |
| 12/13/17 06:45 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 12/07/17 04:35 | JAILED OUT OF COUNTY/CBI HOLD | | | | |
| 10/18/17 09:16 | FAIL TO COMPLY EXE WARR ORD | | | WARR   WARISS | |
| Minute #1 | 10-18-17:DEF BROUGHT TO DENVER FROM BOULDER ON 8-15-17 BUT NEVER HELD ON THIS CASE-B/W REISSUED-KSP | | | | |
| 08/05/17 11:58 | BOULDER CO JAIL IN CUSTODY | | | | |
| 08/05/17 11:48 | WARRANT CANCELLATION ORDERE | | | | |
| 08/31/16 14:17 | FAIL TO COMPLY EXE WARR ORD | | | WARR   WARISS | |
| Minute #1 | 8-31-16:B/W CANCELLED & REISSUED DUE TO NATIONWIDE WARRANT ORDERED ON CASE #14M08953-KSP | | | | |
| 08/31/16 14:03 | WARRANT CANCELLATION ORDERE | | | WARR   WARCAN | |
| 08/02/16 11:00 | REFUND VOUCHER | | 3H | | 14,900.00 |
| Minute #1 | COURT GRANTED SURETY'S MOTION. RECEIPT #156004051 PAID 10/05/15 | | | | |
| 08/02/16 10:59 | MOTION GRANTED | | 3H | | |
| 07/20/16 14:30 | SURETY MOTION | | 160 | | |
| 06/23/16 07:31 | VALIDATE WARRANT | | WARR | | |

| Printed: 08/13/21 10:27 AM | Case Number : 14GS004313 | | | Page 4 of 6 |
|---|---|---|---|---|

## Action Information

DCC Case No: 14GS004313

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 03/11/16 08:30 | FAIL TO COMPLY EXE WARR ORD | | 3H | WARISS | |
| 03/11/16 08:30 | REMAND DATE | Judge B Faragher | 3H | FAILED TO APPEAR (FTA) | |
| Minute #1 | DEF DOES NOT APEAR FOR REMAND TODAY. EXECUTION WARRANT 250 DAYS JAIL. (ORIGINAL 150 DAYS + 100 DAYS JAIL EXTRA B/C DID NOT TIMELY REMAND). BAF BQF | | | | |
| Minute #2 | JUDGE BQF: [FTA]-Warrant (No OJW) | | | | |
| 01/28/16 08:30 | PROBATION REVOCATION HEARING | Judge B Faragher | 3H | PROBATION REVOKED | |
| Minute #1 | Def here pro se. Ct NOT likely to K case again as Petition to Revoke filed in July 2014. Case passed. Later, Def admits to violating probation and agmt is 150 days jail with an add'l 100 days susp on condition Def timely remand on 3-11-16. BQF | | | | |
| Minute #2 | JUDGE BQF: [REVOKD], Set RMND, Def Pro Se | | | | |
| 12/10/15 08:30 | PROBATION REVOCATION HEARING | Judge B Faragher | 3H | CONTINUED BY STIPULATION | |
| Minute #1 | Def here pro se. Per agmt, K probation revocation for about 45 days. Def states in compliance; per probation, Def not in compliance with monitored sobriety or DV counseling. Def taken into custody on Boulder warrant. BAF BQF | | | | |
| Minute #2 | Def knows how to apply for PD. BAF BQF | | | | |
| Minute #3 | JUDGE BQF: [CONT/S], Set PROHRG, Def Pro Se | | | | |
| 11/24/15 11:40 | MOTION DEEMED MOOT | | 3H | | |
| Minute #1 | 11-24-15  MOTION MOOT. BOND REINSTATED WITH CONSENT OF SURETY. BAF/YSW | | | | |
| 11/19/15 10:20 | MOTION FILED | | 335 | | |
| 11/09/15 08:30 | WARRANT CANCELLATION ORDERE | | 3H | WARCAN | |
| 11/09/15 08:30 | WARRANT HEARING | Judge B Faragher | 3H | SET NEW COURT DATE | |
| Minute #1 | Def here with Consent of Surety. Advised of prob. revo. rights and given copy of Petition to Revoke. Denial enters. Given PD info. Set for hearing within 30 days. BAF BQF | | | | |
| Minute #2 | JUDGE BQF: [SET], Set PROHRG | | | | |
| 11/09/15 08:20 | CONSENT OF SURETY | | 335 | | |
| 10/23/15 13:37 | CONSENT OF SURETY | | | | |
| 10/13/15 10:26 | MOTION GRANTED | | 3H | | |
| 10/05/15 15:56 | SURETY MOTION | | 160 | | |
| 08/12/15 10:50 | VALIDATE WARRANT | | WARR | | |
| 05/21/15 01:00 | PROTECTION ORDER REVIEW HRG. | Judge J Barajas | 3H | VACATE COURT DATE | |
| 05/14/15 08:30 | FAIL TO APPEAR WARRANT ORDERI | | 3H | WARISS | 30,000.00 |
| 05/14/15 08:30 | PROBATION SHOW CAUSE HEARIN( | Judge B Faragher | 3H | BOND FORFEITED | |
| Minute #1 | Def is NOT here 10 am. PO has no information on Def as he never reported to them. Def FTA for Ct on 5-11-15 and did sign for that date. BW issues. BAF BQF | | | | |
| Minute #2 | JUDGE BQF: [BDFORF]-Warrant (No OJW), BOND SET-$30000.00 | | | | |
| 05/11/15 08:30 | PROBATION SHOW CAUSE HEARIN( | Judge B Faragher | 3H | CONTINUED BY COURT | |
| Minute #1 | Def is NOT here but set for Probation Show Cause Hearing. Today is Monday, not Thursday. K to this Thursday to get update from Probation. Probation to try to notify Def of new date. If not, case can be k'd with new notice to be sent to Def. BAF BQF | | | | |
| Minute #2 | JUDGE BQF: [CONT/C], Set PREVOH | | | | |
| 04/20/15 09:14 | REFUND VOUCHER | | 3H | | 7,400.00 |
| Minute #1 | 4/20/15 BOND #429983 IS EXONERATED AFTER SURETY MOTION, REFUND $7400 FROM RCPT #157001138 DATED 3/13/15       LMR | | | | |
| 04/20/15 08:30 | PROBATION SHOW CAUSE HEARIN( | Judge B Faragher | 3H | CONTINUED BY DEFENDANT | |
| Minute #1 | Def here, in lots of pain and having surgery tomorrow. Set over for Prob. Show Cause hearing in about 2.5 weeks. BAF BQF | | | | |
| Minute #2 | SURETY HERE. RELEASE ORIGINAL BOND...EXONERATED, LESS $100 ADMIN FEE. BAF BQF | | | | |
| Minute #3 | New bond continued. BAF BQF | | | | |
| Minute #4 | JUDGE BQF: [CONT/D], Set PREVOH, Def Pro Se | | | | |
| 04/17/15 09:11 | SURETY MOTION | | 3H | | |
| 04/17/15 08:30 | DISPOSITION/RESET DATE | Judge B Faragher | 3H | SET NEW COURT DATE | |
| Minute #1 | Def is NOT here. Surety Abraham Melendez here indicating he spoke to Def and Grandma today and Def in great pain. Surety asking for Remission of First Bond he posted for Def. Ct reserves ruling on Motion for Remission until Def appears on new bond  BQF | | | | |
| Minute #2 | Continue case to Monday to see if anything from Dr. rec'd. If so, Ct would consider granting another K of Dispo as Def is to have back surgery on Tues, 4/21 per Surety. BAF BQF | | | | |
| Minute #3 | JUDGE BQF: [SET], Set PROHRG | | | | |
| 04/16/15 08:30 | FINE/COSTS TOTAL | | 3H | DUE | 921.00 |

## Action Information

DCC Case No: 14GS004313

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|---|---|---|---|---|---|
| 04/16/15 08:30 | BOND RETURN DATE | Judge B Faragher | 3H | SET NEW COURT DATE | |
| Minute #1 | Def is NOT here but per note had back surgery today.  Case k'd until tomorrow to see if Ct receives documentation from Dr.  BAF BQF | | | | |
| Minute #2 | JUDGE BQF: [SET], Set DISPO | | | | |
| 04/16/15 07:34 | SEE MINUTE ORDERS | | 3H | | |
| Minute #1 | 4/16/15 7:35 AM, DEF. GRANDMA CALLED AND STATED DEF UNABLE TO APPEAR TODAY AS HE IS HAVING BACK SURGERY TODAY, GIVEN FAX NUMBER TO HAVE DR LETTER SENT TO COURTROOM    LMR | | | | |
| 03/18/15 22:48 | WARRANT CANCELLATION ORDERE | | | WARCAN | |
| 03/17/15 18:21 | JAILED OUT OF COUNTY/CBI HOLD | | | | |
| 02/19/15 13:44 | VALIDATE WARRANT | | WARR | | |
| 10/30/14 08:30 | PROBATION REVOCATION HEARING | Judge B Faragher | 3H | BOND FORFEITED | |
| Minute #1 | JUDGE BQF: [BDFORF]-Warrant (No OJW), BOND SET-$15000.00 | | | | |
| 10/30/14 08:30 | FAIL TO APPEAR WARRANT ORDERI | | 3H | WARISS | 15,000.00 |
| Minute #1 | CBI RECORD MODIFIED 11/03/14  BA | | | | |
| 10/30/14 01:00 | PROTECTION ORDER REVIEW HRG. | Judge B Faragher | 3H | VACATE COURT DATE | |
| 10/02/14 08:30 | BOND SET | | 3H | | 7,500.00 |
| 10/02/14 08:30 | IN CUSTODY HEARING | Judge J Barajas | 3H | SET NEW COURT DATE | |
| Minute #1 | Def. waives formal reading and adv. re: revo. ptn.  Denial entered, Def. waives right to hearing within 15 days.  Revo. hearing set 10/30/14 JCB | | | | |
| Minute #2 | Intensive pre-trial services ordered.  If bond is posted Def. to be released to PTS. JCB | | | | |
| Minute #3 | JUDGE JCB: [SET], Set REVO, BOND SET-$7500.00, Def w/Atty | | | | |
| 10/02/14 01:23 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 10/01/14 23:40 | DENVER CITY JAIL IN CUSTODY | | | | |
| 10/01/14 23:40 | WARRANT CANCELLATION ORDERE | | | WARCAN | |
| 08/14/14 08:30 | PROBATION REVIEW | Judge J Barajas | 3H | VACATE COURT DATE | |
| 07/24/14 22:31 | INTEGRAL ADJUSTED | | | | 50.00 |
| 07/24/14 08:30 | FAIL TO APPEAR WARRANT ORDERI | | 3H | WARISS | 0.00 |
| Minute #1 | CBI RECORD MODIFIED 07/28/14  BA | | | | |
| 07/24/14 08:30 | PROBATION SHOW CAUSE HEARINC | Judge J Barajas | 3H | FAILED TO APPEAR (FTA) | |
| Minute #1 | No bond hold.  Bond to be set in 3H upon Def.'s apprehension.  Warrant made state wide. JCB | | | | |
| Minute #2 | JUDGE JCB: [FTA]-Warrant (No OJW), BOND SET | | | | |
| 06/27/14 14:58 | RQST BW & COMPLAINT REVO PRO | | 160 | | |
| 06/25/14 22:30 | INTEGRAL REFERRAL | | | | 871.00 |
| 06/24/14 01:00 | COLLECTION REVIEW | | 145Z | DEFAULT ON PAYMENT PLAN | |
| 06/01/14 23:00 | FILE QUALITY REVIEW PERFORMED | | 3H | | |
| 06/01/14 23:00 | QUALITY REVIEW | Judge J Barajas | 3H | REVIEWED | |
| 05/28/14 11:04 | COLLECTION LETTER SENT | | 145Z | | |
| 05/22/14 09:06 | COLLECTION PHONE CALL | | | | |
| 05/21/14 12:48 | PROBATION REFERRAL RECEIVED | | PROB | | |
| 05/21/14 10:02 | PROBATION GRANTED | | 3H | | |
| 05/21/14 10:02 | REFER TO PROB IMMEDIATE SENT | | 3H | PRSEEN | |
| 05/21/14 08:00 | FACTUAL BASIS OF DV FOUND | | 3H | | |
| 05/21/14 08:00 | FINE/COSTS TOTAL | | 3H | REVISE | 620.00 |
| 05/21/14 08:00 | JURY TRIAL | Judge J Barajas | 3H | GUILTY PLEA IMMEDIATE SENTENCE | |
| Minute #1 | R = 8/14/14 JCB | | | | |
| Minute #2 | JUDGE JCB: [GPSENT], Set REVW, Def w/Atty | | | | |
| 05/21/14 00:00 | COLLECTION INTERVIEW | | 160Z | SEEN | |
| 04/22/14 10:41 | LETTER RETURNED | | 3H | | |
| 04/11/14 08:30 | DISPOSITION/RESET DATE | Judge J Barajas | 3H | SET NEW COURT DATE | |
| Minute #1 | Def. NG plea maintained, Def.  adv. re:  max penalties and right to counsel.  Arguello Adv. given.  Def. advised re: Jury Fee pmt. /motion to waive same.  Speedy trial runs: 7/7/14  Jury Trial set: 5/21/14 JCB | | | | |
| Minute #2 | JUDGE JCB: [HELD], Set JTRL, Def Pro Se | | | | |
| 04/07/14 13:00 | PROTECTION ORDER | | 2300 | POISSD | |
| 04/07/14 13:00 | BOND SET | | 2300 | | 3,500.00 |

**Case Number : 14GS004313**

## Action Information    DCC Case No: 14GS004313

| Date | Action | Judicial Officer | Crtrm | Dispo | Amount |
|------|--------|------------------|-------|-------|--------|
| 04/07/14 13:00 | ARRAIGNMENT | Judge C Jordan | 2300 | NOT GUILTY PLEA SET NEW DATE | |
| Minute #1 | JUDGE CJJ: [NGSET], Set DISPO, BOND SET-$3500.00, Issue PO | | | | |
| 04/06/14 03:45 | DENVER CITY JAIL IN CUSTODY | | | ELE | |
| 04/06/14 03:10 | CASE ENTERED | | | ELE | |

## Jail Information    DCC Case No: 14GS004313

| Date | Location | Arrest No |
|------|----------|-----------|
| 03/17/2015 | JAIL | |
| 12/07/2017 | JAIL | |
| 08/05/2017 | BOULDER CO JAIL IN CUSTODY | |
| 04/06/2014 | DENVER CITY JAIL IN CUSTODY | 2014173946 |
| 10/01/2014 | DENVER CITY JAIL IN CUSTODY | |
| 10/02/2014 | DENVER CITY JAIL IN CUSTODY | 2014191981 |
| 12/13/2017 | DENVER CITY JAIL IN CUSTODY | |

## Official Information    DCC Case No: 14GS004313

**ID:** P08042    **Name:** WALDROP, JAMISON