UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 20-cr-00245-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHAWN MICHAEL VENCEL,

        Defendant.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SEPTEMBER 3, 2021 WITHIN WHICH
TO FILE SENTENCING MOTIONS**
_____

        Shawn Michael Vencel, by counsel, Martha H. Eskesen of MARTHA H. ESKESEN, P.C., this Unopposed Motion for Extension of Time to September 30, 2021 Within Which to File Sentencing Motions.  As grounds, the defendant states as follows:

        1.     Defendant's counsel has consulted with Government counsel, Assistant U.S. Attorney Bryan Fields, and he does not oppose the request sought in this motion.

        2.     A sentencing hearing is set for Monday, September 13, 2021 at 9:00 a.m.

        3.     Under D.C.COLO.LCrR 32.1(c), sentencing motions must be filed no later than 14 days before sentencing.  By counsel's calculation, this deadline falls on August 30, 2021.

4. Mr. Vencel requests an extension of this deadline to September 3, 2021, and based on this request, does not oppose a similar extension for the government to file its sentencing motions.

5. The reason for this request is that defendant's counsel has not been able finish drafting the defendant's filing and will not be able to do so by the August 30, 2021. Counsel is scheduled to commence a three, possibly four-day jury trial in Case No. 20CR52 in the Custer County Combined Court in Westcliffe, Colorado on Monday, August 30, 2021, and has had multiple unanticipated last-minute matters to attend to in the case to be fully prepared for trial. Counsel must drive to Westcliffe on Sunday, August 29 and is unable to finish the filing.

6. If counsel can make the defendant's filing before September 3, 2021, she will do so.

7. This motion to continue is not sought for the purpose of unduly delaying this case, nor is this motion necessary due to the procrastination, bad planning, or bad faith on the part of Mr. Vencel or his counsel.

WHEREFORE, Mr. Vencel requests the Court grant this motion and extend the deadline for each party's sentencing motions to September 3, 2021.

Dated:  August 29, 2021                    MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 29, 2021, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEPTEMBER 3, 2021 WITHIN WHICH TO FILE SENTENCING MOTIONS**  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Bryan D. Fields, Assistant U.S. Attorney
Bryan.fields3@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Shawn Michael Vencel                 (via U.S. Mail)


MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:    (303) 573-4921
Email: meskesen@eskesenlaw.com