IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-245-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN MICHAEL VENCEL

Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and the undersigned Assistant United States Attorney, respectfully moves to the highlighted portions of the Parties' Joint Stipulation Regarding Restitution, ECF No. 75.  The United States requests a "Level 2" Restriction which would make those exhibits "viewable by filing party, the defendant, & court," only until further Order by the Court.

Respectfully submitted this 3rd day of September, 2021.

                                          MATTHEW T. KIRSCH
                                        Acting United States Attorney

By:    *s/ Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        E-mail: Bryan.Fields3@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2021, I electronically filed the foregoing GOVERNMENT'S MOTION TO RESTRICT DOCUMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                                  *s/ Bryan David Fields*
                                                  United States Attorney's Office