IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-245-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN MICHAEL VENCEL

Defendant.

## BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS

The United States of America, by District of Colorado Acting United States Attorney Matthew T. Kirsch, through Assistant United States Attorney Bryan Fields, hereby files this Brief in Support of its motion to restrict at level 2 the highlighted portions of the Parties' Joint Stipulation Regarding Restitution filed at ECF No. 75. The "Level 2" restriction would make the documents, and any order regarding the contents of these documents, "Viewable by Filer, the Defendant & Court Only," and as grounds therefore submits the following that there is a compelling reason for Level 2 here under D.C.COLO.LCrR 47.1(A) because portions, if publicly available, would identity alleged victims contrary to the rights set forth at 18 U.S.C. § 3771(a)(2)(8), which provides for the protection of victims' right to privacy. here because there is   the material to be restricted limited to what is necessary to protect the privacy interest identified above.

1

Accordingly, the government moves that the Court to restrict at Level 2 the Parties Joint Stipulation Regarding Restitution.

Respectfully submitted this 3rd day of September, 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:    s/ *Bryan David Fields*
        BRYAN DAVID FIELDS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Bryan.Fields3@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of September, 2021 I electronically filed the foregoing **BRIEF IN SUPPORT OF MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                 *s/ Bryan David Fields*
                                 U.S. Attorney's Office