IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  20-cr-00245-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHAWN MICHAEL VENCEL

Defendant.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Government's Motion to Restrict Document.  Upon consideration and for good cause shown,

IT IS ORDERED that the highlighted portions of the Parties Joint Stipulation Regarding Restitution, attached as Exhibit 1 at ECF No. 75. are hereby restricted at a Level at a "Level 2 Restriction" and will be "viewable by Filer, the Defendant & Court" only, until further ordered by the Court.

IT IS SO ORDERED on this ___ day of _____, 2021.

_____
HON. R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO