IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00245-RBJ

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**SHAWN MICHAEL VENCEL**

      Defendant.

---

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. §  3E1.1(b)**

---

The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, through Bryan David Fields, Assistant United States Attorney at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to the United States Sentencing Guidelines Section 3E.1.(b).   The defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and

. . . .

. . . .

. . . .

. . . .

1

permitted both the government and the Court to allocate their resources more efficiently.

    Respectfully submitted this 3rd day of September, 2021.


    MATTHEW T. KIRSCH
    Acting United States Attorney

By:    *s/Bryan David Fields*
    Bryan David Fields
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California St., Ste. 1600
    Denver, CO 80202
    Telephone: 303-454-0200
    Fax:   303-454-0406
    E-mail:   Bryan.Fields3@usdoj.gov
    Attorney for Government

**CERTIFICATE OF SERVICE** (CM/ECF)

      **I HEREBY CERTIFY** that I have, this 3rd day of September, 2021 electronically filed the foregoing Motion with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

by:   */s/ Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100 (phone)
(303) 454-0403 (fax)
bryan.fields3@usdoj.gov (email)