IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 20-cr-00245-RBJ | Date: | September 24, 2021 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Sarah Mitchell |
| Interpreter: | N/A | Probation: | Sara Johnson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Bryan Fields* |
| v. | |
| 1. SHAWN MICHAEL VENCEL<br>**Defendant** | *Martha Eskesen* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     9:02 a.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Objections addressed.

**ORDERED:**   [78] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **51 months** as to Counts 1 and 3 of the Indictment to run concurrent, **24 months** as to Count 2 to run consecutive for a total of **75 months.**

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee per count for a total of **$300**, to be paid immediately.

**Restitution** in the stipulated amount of **$54,614.09**

Court RECOMMENDS that defendant receive credit for 304 days, with leave to file a motion to adjust the sentence if credit is not given, as outlined on the record.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

Court RECOMMENDS that the Bureau of Prisons place the defendant at the federal medical center in Springfield, Missouri.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:53 a.m.          Hearing concluded.          Total time:     00:51